File No. 14794-0034-JCG

**Law Offices
PARKER McCAY P.A.
By: John C. Gillespie, Esquire
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey 08054
(856) 596-8900**
Attorneys for Defendant, Borough of Haddon Heights

UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRENDAN W. BUTLER and SARAH K. BUTLER h/w,<br><br>    Plaintiffs,<br><br>    v.<br><br>WILLIAM MCFETRIDGE<br>    and<br>DANIEL R. WHITE<br>    and<br>DANIEL R. WHITE REALTORS LLC<br>    and<br>BOROUGH OF HADDON HEIGHTS,<br><br>    Defendants. | HONORABLE RENÉE MARIE BUMB<br><br>CIVIL ACTION NO. 24-cv-07733-RMB-SAK<br><br><br>**APPLICATION FOR AUTOMATIC CLERK'S EXTENSION PURSUANT TO L. CIV. R. 6.1(b)** |

Application is hereby made for a Clerk's Order extending the time within which Defendant, Borough of Haddon Heights, may answer, move, or otherwise respond to the Complaint filed by Plaintiffs.

In support of this application, Defendant states:

    1.    No previous extension has been obtained.

2. On June 10, 2024, Plaintiffs filed a Complaint in the Superior Court of New Jersey, Law Division, Civil Part, Camden County. Plaintiffs allege violations of federal law, including 42 U.S.C. § 1983 and the Fifth Amendment.

3. The Borough of Haddon Heights was served on June 14, 2024.

4. Under State Court Rules, Defendant Borough had 35 days to file responsive pleadings, which would be July19, 2024.

5. On July 12, 2024, Defendant Borough removed this matter from the Superior Court of New Jersey to this Court (ECF No. 1).

6. Pursuant to Fed. R. Civ. P. 81(c), the time to answer, move, or otherwise respond to the Complaint currently expires on July 19, 2024.

7. Pursuant to this application, the new deadline to answer, move or file some other responsive pleading will be August 2, 2024.

    Respectfully submitted

    **Parker McCay P.A.**
    Attorneys for Defendant,
    Borough of Haddon Heights

By:   *s/ John C. Gillespie*
    John C. Gillespie, Esquire

## ORDER

The above application is **ORDERED GRANTED** and Defendant, Borough of Haddon Heights, shall Answer, Move, or Otherwise Respond to Plaintiffs' Complaint on or by August 2, 2024.

_____
Clerk of the Court