## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BRENDAN W. BUTLER and<br>SARAH K. BUTLER h/w | : | |
| | : | |
| Plaintiffs | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 24-07733-RMB-SAK |
| | : | |
| WILLIAM MCFETRIDGE, DANIEL R.<br>WHITE, DANIEL R. WHITE REALTORS<br>LLC and BOROUGH OF HADDON<br>HEIGHTS | : | **AFFIDAVIT OF**<br>**ROBERT D. SOKOLOVE, ESQUIRE** |
| | : | |
| Defendants. | : | |
| | : | |

```
COMMONWEALTH OF PENNSYLVANIA        )
                                    ) SS.
COUNTY OF PHILADELPHIA              )
```

Robert D. Sokolove, Esquire, of full age, being duly sworn deposes and says:

1.   I submit this Affidavit in support of Plaintiffs' motion for my admission *pro hac vice* pursuant to L. Civ. R. 101.1(c).

2.   I am a partner of the law firm Weir Greenblatt Pierce LLP, a Pennsylvania Limited Liability Partnership, which maintains offices in Camden County, New Jersey at 35 Kings Highway East, Haddonfield, New Jersey.

3.   I am currently admitted to practice in the following state jurisdictions:

| Court Admitted | Atty ID | Adm.<br>Date | Name/Address of Office<br>Maintaining Roll |
|---|---|---|---|
| | | | |

| Supreme Court of PA | 26859 | 11/23/77 | Amy Dreibelbis, Esq., Deputy Prothonotary<br><br>Pennsylvania Judicial Center<br><br>601 Commonwealth Ave.,<br><br>Suite 4500<br><br>P.O. Box 62575<br><br>Harrisburg, PA 17106 |
|---|---|---|---|
| Supreme Court of Maryland | 8712010588 | 12/07/87 | Gregory Hilton, Clerk<br><br>Robert C. Murphy Courts of Appeal Building<br><br>361 Rowe Boulevard<br><br>Annapolis, MD  21401 |
| District of Columbia | 316455 | 08/25/80 | Clerk's Office<br><br>District of Columbia Court of Appeals<br><br>Court's Public Office<br><br>333 Constitution Avenue, NW<br><br>Washington, DC  20001 |

4.   I am currently admitted to practice in the following federal jurisdictions:

| Court Admitted | Admission Date | Name/Address of Office Maintaining Roll |
|---|---|---|
| US Court of Appeals Fourth Circuit MD | 2/21/84 | Nwamaka Anowi, Clerk<br><br>U.S. Court of Appeals for the Fourth Circuit<br><br>1100 East Main Street, Suite 501<br><br>Richmond, Virginia 23219 |

| US Court of Appeals District of Columbia Circuit | 1/20/82 | Mark Langer, Clerk of Court<br><br>U.S. Court of Appeals, District of Columbia Circuit<br><br>333 Constitution Avenue, NW<br><br>Washington, DC  20001 |
|---|---|---|
| US District Court of Maryland | 3/17/89 | Catherine M. Stavlas,Clerk of Court<br><br>U.S. District Court<br><br>Garmatz Federal Courthouse<br><br>Suite 4228<br><br>101 West Lombard Street<br><br>Baltimore, MD  21201 |
| US Court of Federal Claims- District of Columbia | 6/09/88 | Lisa Reyes, Clerk of Court<br><br>U.S. Court of Federal Claims<br><br>Howard T. Markey National Courts Building<br><br>717 Madison Place, NW<br><br>Washington, DC 20439 |
| US Court of Appeals Fifth Circuit (VA) | 10/01/81 | Lyle W. Cayce, Clerk of Court<br><br>U.S. Court of Appeals, Fifth Circuit<br><br>F. Edward Hebert Building<br><br>600 S. Maestri Place<br><br>New Orleans, LA 70130-3408 |
| US Court of Appeals Eleventh Circuit (VA) | 10/01/81 | David J. Smith, Clerk of Court<br><br>U.S. Court of Appeals for the 11th Circuit<br><br>56 Forsyth St., N.W.<br><br>Atlanta, Georgia 30303 |

| US District Court for Eastern District of Pennsylvania | 11/23/77 | George V. Wylesol, Clerk of Court James A. Byrne U.S. Courthouse 601 Market Street Philadelphia, PA 19106 |
|---|---|---|
| US District Court for Northern District of California | 2/11/86 | Mark B. Busby Office of the Clerk United States District Court 450 Golden Gate Avenue San Francisco, CA 94102-3489 |

5.    I am a member in good standing of the bar of the highest court of the state in which I principally practice law, that being the Supreme Court of the Commonwealth of Pennsylvania.

6.    I am also admitted to the practice of law and a member in good standing in the District of Columbia and State of Maryland.

7.    I have been engaged in the practice of law for more than 40 years.

8.    I am not under suspension or disbarment by any Court, State or Federal.

9.    No disciplinary proceedings are pending against me with regard to my practice as an attorney in any jurisdiction, and I am not the subject of previously imposed discipline in any jurisdiction.

10.  I am associated in this matter with the New Jersey counsel of record, Jennifer Hiller Nimeroff, Esquire, who is qualified to practice law in the State of New Jersey pursuant to

4

R. 1;21-1, and who will sign all pleadings, briefs and other papers filed with the Court.

11. I have had an attorney-client relationship with the Plaintiffs for several months and they have specifically requested to be represented by Weir Greenblatt Pierce LLP and, in particular, by me in this civil action.

12. I have specialized knowledge and expertise in the complex field of law which is implicated in this action; namely, claims of inverse condemnation, dangerous condition liability, nuisance and trespass associated with the diversion of water and residential flooding, having litigated such claims on dozens of occasions previously, including in this Court.

13. More specifically, I specialize in flood litigation and have been representing individuals and communities with flood related issues for 43 years. My practice is national in that I have litigated flood cases in 38 states. I was FEMA's First Associate General Counsel for Flood in 1979. I have particular familiarity with local community flooding issues in Bristol, Croydon, Bensalem and Yardley, Pennsylvania. I have testified as an expert before committees of the U.S. House of Representatives, the U.S. Senate, three State Legislatures and before the National Academy of Sciences on flood related issues. I was the keynote speaker at approximately 25 national flood, engineering, legal and municipal conferences, and I have approximately 20 published

articles on flood causation, flood risk, flood insurance, damages, global warming/climate change impacts.

14.  If this motion is granted, the necessary payment and Application for *Pro Hac Vice* Admission will be forwarded to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a).

15.  If this motion is granted, the necessary payment to the Clerk of the United States District Court for the District of New Jersey will be made.

16.  I agree to abide by New Jersey Court Rule 1:21-7 governing contingent fees.

17.  Good cause having been shown, I respectfully request that this Honorable Court enter an Order to admit me *Pro Hac Vice*.

18.  I certify that the foregoing statements made by me are true and I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

_____
ROBERT D. SOKOLOVE, ESQUIRE

Dated:  August 26, 2024

Sworn to before me on this 26TH day of August, 2024.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
SHARON L MORRIS - Notary Public
Philadelphia County
My Commission Expires July 26, 2026
Commission Number 1115927

6