# FARBER BROCKS & ZANE L.L.P.
ATTORNEYS AT LAW

226 ST. PAUL STREET · WESTFIELD, NEW JERSEY 07090
TEL. (908) 789-0507   ·   FAX (516) 739-5103
www.fbzlaw.com

DAVID J. BLOCH  
OF COUNSEL  
dbloch@fbzlaw.com

○ NEW YORK  
○ NEW JERSEY  
○ CONNECTICUT  
○ FLORIDA

(REPLY TO GARDEN CITY, NY ONLY)

May 20, 2025

**<u>VIA ECF</u>**  
Clerk's Office  
United States District Court  
District of New Jerse  
Mitchell H. Cohen Building & U.S. Courthouse  
4th & Cooper Streets  
Camden, New Jersey 08101

      Re:    *Butler, et. al. v. Borough of Haddon Heights, et. al.*  
             Civil Action No.   :   1:24-cv-07733-RMB-SAK  
             Our File No.      :   662-14499

Dear Sir/Madam:

      Please be advised that this office represents defendants/third-party Plaintiffs Brooks Cass and Kristen Cass in the above action. On May 16, 2025, the Honorable Sharon King, U.S.M.J. signed a Consent Order allowing the filing of a third-party Complaint. (Doc. No. 44). We have now filed the third-party Complaint and request that the Court issue a Summons for each of the third-party defendants as follows:

1. Third-party Defendant, Artistic Pools Corporation ("Artistic Pools"),  2312 Wallace Boulevard, Cinnaminson, New Jersey 08077; and
2. James Maccariella, Jr., P.E., 38 Country Squire Lane, Marlton, New Jersey 08053.

      Thank you for your cooperation.

                                        Very truly yours,

                                        *s/David J. Bloch*

                                        DAVID J. BLOCH (DB 8204)

DJB:jh  
cc: all counsel of record (w/ enc.)  
{01534053.DOCX /}