# FARBER BROCKS & ZANE L.L.P.

ATTORNEYS AT LAW

226 ST. PAUL STREET · WESTFIELD, NEW JERSEY 07090
TEL. (908) 789-0507 · FAX (516) 739-5103
www.fbzlaw.com

DAVID J. BLOCH
OF COUNSEL
dbloch@fbzlaw.com

o NEW YORK
o NEW JERSEY
o CONNECTICUT
o FLORIDA

(REPLY TO GARDEN CITY, NY ONI

July 14, 2025

**VIA ECF**
Clerk's Office
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

Re:    *Butler, et. al. v. Borough of Haddon Heights, et. al.*
       Civil Action No.    :    1:24-cv-07733-RMB-SAK
       Our File No.        :    662-14499

Dear Sir/Madam:

    Please be advised that this office represents defendants/third-party Plaintiffs Brooks Cass and Kristen Cass in the above action. Our recent attempt to serve third-party defendant James Maccariella, Jr., P.E. with a Summons and third-party Complaint was unsuccessful as the address in our possession was no longer valid. We reached out to Mr. Maccariella who provided us with a new address Accordingly, we request that the Court issue a Summons for Mr. Maccariella at 818 Laurel Boulevard, Lanoka Harbor, New Jersey 08734.

    Thank you for your cooperation.

Very truly yours,

*s/David J. Bloch*

DAVID J. BLOCH (DB 8204)

DJB:jh
cc: all counsel of record (w/ enc.)

{01555600.DOCX /}