# FARBER BROCKS & ZANE L.L.P.

ATTORNEYS AT LAW

226 ST. PAUL STREET · WESTFIELD, NEW JERSEY 07090
TEL. (908) 789-0507 · FAX (516) 739-5103
www.fbzlaw.com

DAVID J. BLOCH
OF COUNSEL
dbloch@fbzlaw.com

○ NEW YORK
○ NEW JERSEY
○ CONNECTICUT
○ FLORIDA

(REPLY TO GARDEN CITY, NY ONLY)

DATE TO BE ADDED

Owner/Resident
ADDRESS TO BE ADDED

   Re: *Butler, et. al. v. Borough of Haddon Heights, et. al.*
     Civil Action No. : 1:24-cv-07733-RMB-SAK
     Our File No. : 662-14499

Dear Sir/Madam:

  We represent defendants/third-party plaintiffs Brooks Cass and Kristen Cass (collectively "Cass") in the above lawsuit which is pending in the United States District Court for the District of New Jersey.

  As part of this litigation, we obtained and are serving you with a subpoena to permit access to your property on August 26th and 27th, 2025 to perform a property survey of conditions in the neighborhood. This access will only be as to the exterior of your property and will not be destructive. We ask only that access be permitted to the property during those days (and any dogs, etc., be kept inside during the day light hours). We will be able to provide you with a more precise date and time to minimize any inconvenience as we get closer. Please feel free to contact me at 973-632-8110 (text or call). Please be advised that you have legal rights with respect to this subpoena and this correspondence should not be construed as providing any legal advice.

  Thank you for you attention to the above.

                Very truly yours,

                *s/David J. Bloch*

                DAVID J. BLOCH

DJB:jh
Encl.

{01555202.DOCX /}