## FARBER BROCKS & ZANE L.L.P.

ATTORNEYS AT LAW

226 ST. PAUL STREET · WESTFIELD, NEW JERSEY 07090
TEL. (908) 789-0507 · FAX (516) 739-5103
www.fbzlaw.com

DAVID J. BLOCH  ○ NEW YORK
OF COUNSEL  ○ NEW JERSEY
dbloch@fbzlaw.com  ○ CONNECTICUT
○ FLORIDA

(REPLY TO GARDEN CITY, NY ONLY)

August 14, 2025

**VIA ECF**
Clerk's Office
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

      Re: *Butler, et. al. v. Borough of Haddon Heights, et. al.*
           Civil Action No.    :    1:24-cv-07733-RMB-SAK
           Our File No.        :    662-14499

Dear Sir/Madam:

      We represent defendants/third-party plaintiffs Brooks Cass and Kristen Cass (collectively "Cass") in the above action. A motion to compel compliance has been filed and is pending. We have received communication from the owner of 505 Guyer, Mr. Durkin, who graciously is permitting access. We, therefore, withdraw the part of the motion that relates to that address. Additionally, based on Mr. Durkin's representation, we also withdraw the entirety of the motion that relates to the representations made by the process server.

      Thank you for your consideration.

                              Respectfully,

                              *s/David J. Bloch*

                              DAVID J. BLOCH (DB 8204)

DJB:jh
cc: all counsel of record (w/ enc.)

{01568226.DOCX /}