## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BRENDAN W. BUTLER and SARAH K. BUTLER h/w | : : : | |
| Plaintiffs, | : : | Civil Action |
| | : | No.: 24-cv-07733-RMB-SAK |
| v. | : : | |
| WILLIAM MCFETRIDGE; DANIEL R. WHITE; DANIEL R. WHITE REALTORS LLC; BOROUGH OF HADDON HEIGHTS; BROOKS CASS AND KRISTEN CASS | : : : : : : : | |
| Defendants. | : : | **NOTICE OF MOTION TO BE RELIEVED AS COUNSEL FOR DEFENDANT WILLIAM MCFETRIDGE** |
| And | : : | |
| BROOKS CASS AND KRISTEN CASS | : : | |
| Defendants/Third Party Plaintiffs | : : | |
| v. | : : | |
| ARTISTIC POOLS CORPORATION and JAMES MACCARIELLA, JR., P.E. | : : : | |
| Third Party Defendants | : | |

To:

Tracy L. Burnley, Esquire
MARSHALL DENNEHEY
15000 Midlantic Drive, Suite 200
P.O. Box 5429
Mt. Laurel, NJ 08054
*Attorneys for Defendants Daniel R. White and Daniel R. White Realtors, LLC*

John C. Gillespie, Esquire
PARKER MCCAY
9000 Midlantic Drive, Suite 300
Mt. Laurel, NJ 08054
*Attorneys for Defendant Borough of Haddon Heights*

Jennifer Hiller Nimeroff, Esquire
Robert D. Sokolove, Esquire *pro hac vice*
WEIR LLP
20 Brace Road, Suite 201
Cherry Hill, NJ 08034
*Attorneys for Plaintiffs*

David J Bloch, Esquire
FARBER BROCKS & ZANE LLP
226 St. Paul St.
Westfield, NJ 07090
*Attorneys for Defendants Brooks Cass and Kristen Cass*

| | |
|---|---|
| Samuel A. Youssof, Esq.<br>Gregg D. Weinstock, Esq.<br>BARKER PATTERSON NICHOLS, LLP<br>1200 MacArthur Blvd., Suite 202<br>Mahwah, New Jersey 07430<br>*Attorneys for Third Party Defendant Artistic Pools Corporation* | William F. Waldron, Jr., Esq.<br>MARSHALL DENNEHEY<br>425 Eagle Rock Avenue, Suite 302<br>Roseland, NJ  07068<br>*Attorneys for Third Party Defendant James Maccariella, Jr., P.E* |

**PLEASE TAKE NOTICE** that on October 6, 2025 or as soon thereafter as counsel may be heard, the undersigned attorney for Defendant, William McFetridge shall move before the above-named Court located at Mitchell H. Cohen Building & US Courthouse, 4th & Cooper Streets, Room 1050, Camden, NJ 08101, for an Order to Relieve Daniel Posternock, Esquire, Diana R. Sever, Esquire and Posternock Apell, P.C. as attorneys for William McFetridge and for such further relief as the Court may deem equitable and just.

**PLEASE TAKE FURTHER NOTICE** that Movant will rely upon the annexed Certification in support of this Motion.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested only if this Motion is opposed.

A proposed form of Order is enclosed.

POSTERNOCK APELL, PC

Dated: September 11, 2025          BY: */s/ Diana R. Sever*
                                                            Diana R. Sever, Esquire