# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BRENDAN W. BUTLER and SARAH K. BUTLER h/w<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM MCFETRIDGE; DANIEL R. WHITE; DANIEL R. WHITE REALTORS LLC; BOROUGH OF HADDON HEIGHTS; BROOKS CASS AND KRISTEN CASS<br><br>Defendants.<br><br>And<br><br>BROOKS CASS AND KRISTEN CASS<br><br>Defendants/Third Party Plaintiffs<br><br>v.<br><br>ARTISTIC POOLS CORPORATION and JAMES MACCARIELLA, JR., P.E.<br><br>Third Party Defendants | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : | Civil Action<br><br>No.: 24-cv-07733-RMB-SAK<br><br><br><br><br><br>**CERTIFICATION OF DIANA R. SEVER, ESQUIRE IN ACCORDANCE WITH COURT'S OCTOBER 2, 2025 ORDER** |

I, Diana R. Sever, of full age, do hereby certify as follows:

1. I am an attorney-at-law in the law firm of Posternock Apell, P.C. (Firm), attorneys for William McFetridge and am personally responsible for the handling of this file. I am fully familiar with the facts herein and submit this Certification in accordance with the conditions set forth in the Court's October 2, 2025 Order (ECF #70) granting my Firm's Motion to Be Relieved as Counsel ("the Order").

2. By letter dated October 3, 2025, my office served Mr. McFetridge with the Order via regular and certified mail, R.R.R. as directed. In addition, I personally emailed the Order to Mr. McFetridge

on October 3, 2025. The email and certified mail receipt were not acknowledged. However, the regular mailing was not returned to sender; a true and accurate copy of the email delivery receipt and USPS tracking update are attached hereto as **Exhibit A**.

3. By letter to all counsel of record dated October 20, 2025, my office supplemented Mr. McFetridge's discovery responses with information Mr. McFetridge supplied during the pendency of my Firm's Motion to Be Relieved as Counsel. A true and accurate copy of this letter is attached hereto as **Exhibit B.**

4. At this time, no further supplementation of discovery on behalf of Mr. McFetridge is warranted.

5. This Certification in submitted in accordance with the conditions set forth in the October 2, 2025 Order relieving my Firm as Counsel for Mr. McFetridge.

I certify that the foregoing statements are true to the best of my knowledge and belief. I am aware that if any of the foregoing statements made by me are willfully false I am subject to punishment.

Dated: October 21, 2025               /s/ Diana R. Sever
                                      Diana R. Sever, Esquire
                                      Posternock Apell, P.C.
                                      Attorneys for Defendant Willam McFetridge

# EXHIBIT A

| | |
|---|---|
| **From:** | Sandra Bernardi |
| **To:** | William Mcfetridge |
| **Cc:** | Diana R. Sever; Juliana Jamerson |
| **Subject:** | Butler v. McFetridge et al |
| **Date:** | Friday, October 3, 2025 1:58:33 PM |
| **Attachments:** | linkedin_32x32_16d6c006-5291-461e-b83b-bd88ff30a538.png<br>Ltr to client enc Order Granting our Motion to WD (10.3.25).pdf<br>ORder Granting MOtion (10.2.25) (ECF 72).pdf |

Mr. McFetridge – please see attached correspondence and Order. A hard copy is being mailed to you via regular and certified mail.

Sandy

*Sandra Bernardi*
Paralegal



302 Harper Drive, Suite 103
Moorestown, New Jersey 08057
Phone: 856 642-6445   Fax: 856 642-6148

law offices of
**POSTERNOCK | APELL**
PC

This email message may be a privileged and confidential attorney-client communication that is intended only for the use of the person, firm or entity to whom or to which it is directed. If you are not an intended recipient of this message, please understand that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this message in error or are not a named recipient(s), please immediately notify us at (856) 642-6445 and delete this e-mail message from your computer. Thank you. If this email message is directed to one of our clients, it is deemed to be an attorney-client communication which is privileged under both federal and state law. However, if you disclose the content of this message to a third person, such as by forwarding it via email, you may be waiving the attorney-client privilege, not only as to this message, but as to all of our communications. If you have any questions about disclosing this message to third persons, please contact us immediately.

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | William Mcfetridge |
| **Subject:** | Relayed: Butler v. McFetridge et al |
| **Date:** | Friday, October 3, 2025 1:58:35 PM |
| **Attachments:** | Butler v. McFetridge et al.msg |

Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

William Mcfetridge (wmmcfetridge@me.com) <mailto:wmmcfetridge@me.com>

Subject: Butler v. McFetridge et al

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052701854859995

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

This is a reminder to arrange for redelivery of your item or your item will be returned to sender.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivery Attempt**
Reminder to Schedule Redelivery of your item

October 11, 2025

**Notice Left (No Authorized Recipient Available)**

LINWOOD, NJ 08221
October 6, 2025, 3:29 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**      ⌄

**USPS Tracking Plus®**      ⌄

**Product Information**      ⌄

See Less ⋀

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# EXHIBIT B

# law offices of
# POSTERNOCK ||| APELL
### PC

October 20, 2025

Tracy L. Burnley, Esquire
MARSHALL DENNEHEY
15000 Midlantic Drive, Suite 200
P.O. Box 5429
Mt. Laurel, NJ 08054
*Attorneys for Defendants Daniel R. White and Daniel R. White Realtors, LLC*

John C. Gillespie, Esquire
PARKER MCCAY
9000 Midlantic Drive, Suite 300
Mt. Laurel, NJ 08054
*Attorneys for Defendant Borough of Haddon Heights*

Jennifer Hiller Nimeroff, Esquire
Robert D. Sokolove, Esquire *pro hac vice*
WEIR LLP
20 Brace Road, Suite 201
Cherry Hill, NJ 08034
*Attorneys for Plaintiffs*

David J Bloch, Esquire
FARBER BROCKS & ZANE LLP
226 St. Paul St.
Westfield, NJ 07090
*Attorneys for Defendants Brooks Cass and Kristen Cass*

Samuel A. Youssof, Esq.
Gregg D. Weinstock, Esq.
BARKER PATTERSON NICHOLS, LLP
1200 MacArthur Blvd., Suite 202
Mahwah, New Jersey 07430
*Attorneys for Third Party Defendant Artistic Pools Corporation*

William F. Waldron, Jr., Esq.
MARSHALL DENNEHEY
425 Eagle Rock Avenue, Suite 302
Roseland, NJ 07068
*Attorneys for Third Party Defendant James Maccariella, Jr., P.E*

> **RE:** **Butler v. McFetridge, et al.**
> **Docket No: 24:cv:24-7733**
> **Our File No. 12317.00**

Dear Counsel,

As you are aware this office represents Defendant William McFetridge in the above matter.

Enclosed please find Defendant William McFetridge's supplemental discovery responses with attachments (Bates Stamped McFetridge 0103-0138) in regard to the above matter; see attached Document Index.

Unless you advise to the contrary, we will consider this communication via email to be an acceptable form of service.



Thank you.

>Very truly yours,
>POSTERNOCK APELL, PC
>
>*Diana R. Sever*
>
>Diana R. Sever, Esquire

DRS:slb
VIA Email
cc:   Client (via email)