

Parker McCay P.A.
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey 08054-5054

P: 856.596.8900
F: 856.596.9631
www.parkermccay.com

November 4, 2025

File No.: 14794-34

**VIA E-FILING ONLY**
The Honorable Sharon A. King, Magistrate Judge
United States District Court
Mitchell H. Cohen Bldg. & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

Re: <u>Butler v. McFetridge, et al</u>
<u>Docket No. 24-cv-07733-RMB-SAK</u>

Dear Magistrate King:

    Please accept this letter in advance of the video status conference which has been rescheduled to Friday morning, November 7, 2025 at 11:00 am via Microsoft teams. During our last call, I had indicated that I would be in Washington, DC that morning, without access to a virtual platform, but would be able to call in. Your Honor asked me to send you this letter to remind you of my logistical difficulties, viz, participating virtually.

    I will await the information from the Court regarding the platform, which is generally accompanied a telephone participation number and passcode.

    Needless to say, should Your Honor have any questions in the meantime, I shall, of course, remain available to the Court.

Respectfully submitted,

*[signature]*

JOHN C. GILLESPIE

JCG/jth
**VIA E-FILING ONLY:**
cc:    Jennifer Hiller Nimeroff, Esquire
       Robert D. Sokolove, Esquire
       Tracy L. Burnley, Esquire
       David J. Bloch, Esquire
       Gregg D. Weinstock, Esquire
       Samuel A. Youssof, Esquire
       Nicole Salerno, Esquire
       William F. Waldron, Jr., Esquire
**VIA E-MAIL, CERT. AND REG. MAIL**
       William McFetridge, *Pro Se* Defendant

4932-6388-2359, v. 1

COUNSEL WHEN IT MATTERS.℠

Mount Laurel, New Jersey | Hamilton, New Jersey | Camden, New Jersey