Nicole Salerno, Esq. (Federal # 6170733)
BARKER PATTERSON NICHOLS, LLP
1200 MacArthur Blvd., Suite 202
Mahwah, New Jersey  07430
(201) 292-8450
n.salerno@bpn.law
*Attorneys for Third-Party Defendant/Fourth-Party Plaintiff*
ARTISTIC POOLS CORPORATION

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BRENDAN W. BUTLER and SARAH K. BUTLER, h/w, <br><br> Plaintiffs <br><br> v. <br><br> WILLIAM McFETRIDGE, DANIEL R. WHITE, DANIEL R. WHITE REALTORS LLC, BOROUGH OF HADDON HEIGHTS, BROOKS CASS and KRISTEN CASS, <br><br> Defendants. <br>-------------------------------------------------------X <br> BROOKS CASS and KRISTEN CASS, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> ARTISTIC POOLS CORPORATION and JAMES MACCARIELLA, Jr., PE, <br><br> Third-Party Defendants. <br>-------------------------------------------------------X <br> ARTISTIC POOLS CORPORATION, <br><br> Fourth-Party Plaintiffs, <br><br> v. <br><br> PARADISE SOLAR AND ELECTRICAL LLC and CENTRAL JERSEY PAVING, | Case No.: 1:24-cv-07733-RMB-SAK <br><br> **NOTICE OF MOTION TO DISMISS THE THIRD-PARTY COMPLAINT AGAINST ARTISTIC POOLS CORPORATION ONLY AND COMPEL ALTERNATIVE DISPUTE RESOLUTION** |

| Fourth-Party Defendants. | |
|---|---|

## NOTICE OF MOTION TO COMPEL ARBITRATION AND DISMISS THE THIRD-PARTY COMPLAINT AGIANST ARTISTIC POOLS CORPORATION

On Notice To: All Counsel of Record:

No Appearance To Date:
First Class Mail:
Paradise Solar and Electrical LLC
128 Red Lion Rd,
Southampton Township, NJ 08088
(Fourth-Party Defendant)

Central Jersey Paving
271 Georgetown Road
Columbus, New Jersey 08022
(Fourth-Party Defendant)

**PLEASE TAKE NOTICE** that on February 17, 2026 at 9:00 a.m., or as soon thereafter as counsel may be heard, at Mitchell H. Cohen Building & US Courthouse, 4th & Cooper Streets, Room 1050, Camden, NJ 08101, the undersigned attorneys for Third-Party Defendant/Fourth-Party Plaintiff, ARTISTIC POOLS CORPORATION ("Artistic Pools"), by and through their attorneys, BARKER PATTERSON NICHOLS, LLP, shall move before the above-named Court for an Order (1) to Dismiss Third-Party Plaintiffs', BROOKS CASS and KRISTEN CASS's, Third-Party Complaint against ARTISTIC POOLS CORPORATION only, without prejudice, and Compelling Alternative Dispute Resolution as provided in the arbitration section of the Contract entered into by Third-Party Plaintiffs, BROOKS CASS and KRISTEN CASS, and Third-Party Defendant, ARTISTIC POOLS CORPORATION, dated on or about October 7, 2021; (2) that the instant action is stayed as to the Third-Party claims against ARTISTIC POOLS CORPORATION; and (3) For such other and further relief as this Court deems just and proper;

**PLEASE TAKE FURTHER** notice that oral argument is requested.

2

A proposed form of Order is submitted herewith.

*/s/ Nicole Salerno*
Nicole Salerno

Dated: January 12, 2026
Mahwah, New Jersey