**Exhibit "C"**

DocuSign Envelope ID: 99AD0B13-1AF7-4E3A-AD9B-48035DC9187F

**Artistic Pools**

2312 Wallace Blvd
Cinnaminson NJ 08077
www.ArtisticPoolsCorp.com

PA# 059771   DE# 2012600496
Est. Start Date: Apr 2022
Est. Completion Date: May 2022

**PAID BY OWNER** — BC
(NOT INCLUDED IN CONTRACT)

Mark Peditto (President)
Office: 888-838-SWIM (7946)
Email: ███

Mike Neri (Vice President)
Office: 888-838-SWIM (7946)
Email: ███

Legal Owner: Brooks Cass    Phone: ███    Email: ███
Installation Address: 513 Guyer Dr    City: Haddon Heights    State: NJ    Zip: 08035
Fiberglass Pool Model: Oasis    Length: 39'    Width: 15'    Depth: 8'    Color: Blue Lag
Basic Package Price: ███    * All dimensions are inside dimensions

**Basic Package Includes:**
- [x] Permit Work
- [x] Pool Delivery to Site
- [x] Excavation
- [x] Dirt Removal
- [x] Suitable Backfill
- [x] Plumbing of Pool
    - 1 Skimmer
    - 2 Main Drains
    - 2 Return Fittings
- [x] Pool Pump
- [x] Pool Filter
- [x] Chlorinator
- [x] Ladder & Hand Rail
- [x] Start-up Chemicals
- [x] Maintenance Package
- [x] 3' Brushed Concrete or $1000 Credit
- [x] Pool Orientation

**Pool Options:**
- [x] Electrical (up to 50')    2950
  - [ ] Without Heat Pump $2,700.00
  - [x] With Heat Pump $2,950.00    Future Heater
  - [x] Over 50' $12 per ft.    TBD
- [ ] Heater
  - [ ] Natural Gas
  - [ ] Propane
  - [ ] Heat Pump
- [x] LED Lighting    2200
  - ○ 1  ○ 2  ● 3  ○ 4
- [ ] Pool Slide
- [ ] Diving Board Pool
- [x] Pool Sanitizer
  - [ ] Caribbean Clear
  - [x] Salt Generator    2000
- [ ] Auto Pool Cover
- [x] Variable Speed Pump    950
- [ ] Pool Automation

**Water Features:**
- [ ] Deck Jets:
- [ ] Laminars:
- [ ] Bubblers:

**Concrete Decking:**
- [ ] Brushed    12.00 sq/ft
- [ ] Stamped    16.00 sq/ft

- [ ] Cantilever Coping $1,200.00

**Pool Safety Covers:**
Small Cover $2,900.00
Medium Cover $3,200.00
Large Cover $3,500.00
Includes 1st Winterization, Pool Closing & cover installation. Covers are ordered every August separately.

The Owner shall secure proper permission for access of Contractor's equipment if such access is across property other than Owner's. Any trees, bushes, sod, walls, fences, sprinklers, septic tanks, water or sewer lines, driveways and sidewalks, or other obstructions above or below ground, in areas required for construction under this contract shall be removed, cared for and/or placed by the Owner except as stated herein.

The Contractor agrees to perform the terms and conditions of the agreement in a workmanlike manner, and it is expressly understood by the parties that any and all alterations or corrections, if any, will become an obligation of the Contractor only after full payment of the contract price.

You may cancel this contract at any time before midnight of the third business day after receiving a copy of this contract. If you wish to cancel this contract, you may either:
1. Send a signed and dated written notice of cancellation by registered or certified mail, return receipt requested; or
2. Personally deliver a signed and dated written notice of cancellation to: Artistic Pools Corp. 2312 Wallace Blvd. Cinnaminson, NJ 08077.

If you cancel this contract within a three-day period, you are entitled to a full refund of your money. Refunds must be made within thirty days of the contractors receipt of the cancellation notice. Canceling outside the 3 day period will result in the loss of initial deposit.

**Payment Schedule**

Deposit with Contract.................. $ ███

Upon Completion of Backfill........... $ ███

Upon Completion of Deck Pour..... $ ███
(Including all change orders, extras and additional charges.)

Total Contract Price ........................$ ███

**Additional Project Pricing**

Pd deposit Check # 1182

If Variance denied deposit refunded in full!

THE OWNER AGREES, BY SIGNING THIS CONTRACT, THAT THIS AGREEMENT SHALL CONSTITUTE A BINDING CONTRACT BETWEEN ARTISTIC POOLS AND THE OWNER, AND THAT THIS CONTRACT SHALL EXPRESSLY INCLUDE ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF WHICH CONSTITUTE AN INTEGRAL PART OF THIS AGREEMENT AND THE OWNER ACKNOWLEDGES THAT THE OWNER HAS READ THESE ADDITIONAL TERMS, CONDITIONS, AND PROVISIONS THAT APPEAR ON THE REVERSE SIDE OF THIS PAGE, AND UNDERSTANDS THAT NO VERBAL AGREEMENTS CONSTITUTE A PART OF THIS CONTRACT. THE OWNER FURTHER AGREES TO PAY ALL COSTS AND CHARGES SET FORTH ABOVE, SUBJECT TO ANY CHANGE ORDER, AND ACKNOWLEDGES THE SAME DEBT OBLIGATION UNTIL PAID IN FULL. FURTHER THE OWNER AGREES TO PAY ANY AND ALL COSTS OF COLLECTION, INCLUDING REASONABLE ATTORNEY'S FEE IN THE EVENT THE OWNER DEFAULTS IN THE PAYMENT PROVISIONS SET FORTH. THIS CONTRACT IS BASED ON CURRENT SPOT MARKET PRICES AND CONDITIONS AND THE OBLIGATIONS OF THE SELLER HEREUNDER SHALL BE NULL AND VOID AND OF NO FURTHER FORCE AND EFFECT UNLESS INSTALLATION IS STARTED WITHIN 120 DAYS OF EXECUTION THIS CONTRACT AT WHICH POINT WE MAY NEED TO REVISIT CURRENT MARKET CONDITIONS AND PROVIDE NOTICE TO CUSTOMER OF ANY PRICE CHANGES AT WHICH POINT CONTRACT MAY BE EXTENDED BY SELLER FROM TIME TO TIME IN ITS SOLE DISCRETION.

Accepted By Owner(s): _/s/ BC_ (DocuSigned by: D6C6B9B67110430...)    Date: 10/7/2021
Accepted By Officers of Artistic Pools Corporation:    Mark Peditto    _/s/ Mark Peditto_    Date: Sept 30 2021
Accepted By Officers of Artistic Pools Corporation:    Mike Neri    _/s/ Mike Neri_    Date: Sept 30 2021

See all terms and conditions on the reverse here f.

**CONTRACTOR**: The Contractor shall have secured public liability and workers comp insurance applicable to work being performed under our contract. Contractor is not responsible for delays or failures to perform work or furnish equipment due to acts of God, Government, Inclement weather, war, Riot, Strike, actions of customer or Force Majeure events that make building a pool improbable. If Actions of a customer or their agents cause delay or damage to equipment or Pool or surrounding landscape including but not limited to Mud Slides, Water Erosion, Shifting of Pool shell, Concrete deck shall be the responsibility of homeowner to correct.

**PAYMENT**: In the event that the Owner should fail to make any payment called for herein when the same shall become due, then in the event the Contractor and its assignee at its option, will be privileged to stop work at any penalty whatsoever, and may declare the entire balance due and payable and the same shall commence to draw interest at the highest legal rate per annum from the due date.

**POOL LOCATION, SIZE, SHAPE, AND ELEVATION**: Variations in dimension or elevations are normal and should not affect the validity of the contract. The Owner shall check the size, shape and elevation before excavation and assume the full responsibility. Due to variations in fiberglass pool molds as well as construction tolerances there is a plus or minus 2" acceptable variation within the leveling process of a fiberglass pool. Pools are shipped with O.D measurements however with a cantilever coping install the Pool is minus 1ft in width and minus 1ft in length.

**OWNER INCURRED EXPENSES**: No owner may incur any expenses to be charged to the Contractor or credited against this Contract without previous written approval by the Contractor. Owner is responsible for permit fees determined by the TWP work is being performed. Owner also responsible to pay for Topographical Surveys, Engineering Plans, Grading Plans, Plot Plans/Surveys and/or any additional engineering/Zoning and/or building requirements made and set forth by ownerstownship. Owner also responsible for in addition to contract any and all additional Engineering requirements and additional payment for but not limited to Water seepage pits, Water retention systems, Pop up drains, water control management systems, French Drains, Dewatering of excavation area, Well Points as well as any and all water control management practices set forth by Owners TWP engineers, Building Inspectors, Zoning officers and or TWP officials. Owner is responsible for Gas line connections to gas pool heaters supplied by Artistic Pools and must hire a Licensed Plumber. Owner also responsible for Electrical run above 50 ft. from Panel to pool Equipment when Electrical Work is included in Contract. Owner also required to pay for any crane rentals if limited access to pool site is determined at contract signing. Owner is responsible to pay for at least 1 but no greater than 3 water taker trucks to fill pool depending on the size of the Fiberglass Pool being installed. Owner required to provide access into backyard for access and any fence removal and replacement is sole responsibility of homeowner. Owner takes full responsibility to ensure fence and door alarms meet all local codes/ordinances and inspection requirements.

**ACCESS**: The Owner shall grant the Contractor ample access for equipment, personnel and materials delivered to the site, and the full use of water and electric power, and the right to store material and debris during the course of construction. The Owner assumes full responsibility for clearance of or damage to anything in the area or access, construction, above or below ground including but not limited to Sprinklers, Concrete Walkways, Septic Fields and anything in the area of access.

**SITE CONDITIONS:** (Water, Rock, Muck Obstructions): In the event that caving sand, rock, unusual ground water due to soil composition, proximity to the waterways or permeability of certain types of seawall or berm construction are encountered and create construction problems and/or in the event that there are discoverable stratus of muck or underground obstructions of any type which create construction problems, then and in the event said extra costs will be computed and billed to the Owner in connection with the above described construction problems and shall be paid by the Owner prior to the completion of the pool. If dewatering is required additional costs for outside company to control water will be $4,000 dollars minimum to $6,000 maximum depending on scope of work.

**EQUIPMENT RIGHTS:** The Owner hereby covenants and agrees that the title to all pool equipment which compromises a part of the subject matter of this contract shall remain in ownership of the Contractor until the pool contract price, together with any extras, is paid in full. The Owner further covenants and agrees that said equipment shall be deemed to be considered personal property although the said equipment may in some manner be affixed or attached to the real property within which the pool is located and in the event of default by the Owners herein, said equipment may be freely severed from the premises by Contractor, its successor and assignees.

**PROPERTY TITLE:** The Owner warrants that he owns the land upon which the pool is to be built or that he has full authority from the Owner thereof, or any Co-Owner, to enter into this contract, and the Owner will indemnify and hold harmless the Contractor in all matters arising of this account. In the event of default on part of the Owner in making payments when due or in performing any of the other components of this agreement and the Contractor on account thereof is required to incur expenses and/or engage the services of any attorney, the Owner agrees to pay all such costs and expenses, including a reasonable fee for the Contractor's attorney. All sums payable to the Contractor shall bear interest at the maximum legal contract rate from the date that such payments are due to be paid.

**PRELIMINARY COSTS:** Should Owner terminate Contract prior to construction commencement, deposit or pool shell cost shall be retained and/or collected to satisfy preliminary costs associated in manufacturing, delivery and transportation of pool shell.

**UNSUITABLE SOIL/GRADING:** If soil excavated from Owner's property is not suited for proper leveling of the property once pool is installed, suitable grading materials shall be brought in by owner and paid by Owner. Contractor is not responsible for re grading outside our Swimming Pool and Concrete decking area. Due to heavy construction it's the owner's responsibility to landscape any areas outside the Pool and Concrete decking area.

**WARRANTIES:** CONCRETE DECKING IF SUPPLIED UNDER THIS CONTRACT IS NOT GUARANTEED AGAINST CRACKING (AS DEFINED BY THE CONTRACTORS CODE). The Contractor warrants that all materials used in completing the installation contracted for will be new and the substantial defects (other than cracks in concrete deck or fiberglass pool gel coat) will be remedied without cost to the Owner, provided the Contractor received written notice from the Owner within one (1) year of the date of pool completion, and provided the pool and equipment have been maintained in accordance with the recommendations and instruction of the Contractor. The Contractor will not be responsible for, nor will the Contractor repair or correct defects which are the result of an act of God, caused by sub-soil or strata deviations, water table, improper maintenance by Owner such as application of salts or other products caustic to concrete by Owner or his agents, or circumstances or events beyond the control of the Contractor. Assemblies, which include but are not limited to, heater, pumps, motors, filters and pool shell, plus standard fittings, materials or accessories purchased by Contractor for use in the installation are guaranteed or warranted by the manufacturer thereof. The Contractor does not warrant or guarantee the gelcoat against discoloration, staining or improper use of chemical, or neglect by the Owner, his agent or representatives. Further the Contractor does not assume any liability for work performed by others including Sub-Contractors as well as homeowners that take on a DIY projects, not a part of this contract. There are no other warranties, of any form or description, expressed or implied as to merchantability or fitness for a particular purpose other than as expressed set forth herein. No claim under the terms of these warranties shall be enforceable until the full contract price plus extras is paid in full.

**BINDING DOCUMENT:** This Contract requires a final approval signature of an officer to become a binding contract between Owner and Contractor. Upon affixing of all necessary signatures, the Contract shall be binding upon heirs, administrators, executors, successors, and assignees of the Owners.

**FORCE MAJEUR/PRICE ESCALATION**: In the event manufacturers or Suppliers enter into Force Majeure due to but not limited to acts of God, Strikes, Floods, Earthquakes, Acts of War, labor union Strikes causing delays or routine Price fluctuations contractor will notify customer of these changes and will have the right to re-visit existing contracts and discuss price fluctuations outside 120 days of execution of this contract if performance becomes improbable due to extreme price hikes due to but not limited to Raw Material Spot market Price hikes on Resin, Fiberglass, Pool pumps, Filters, Heaters, Lights, Sanitizers, Concrete or anything Pool industry related.

**ESCALATION CLAUSE FOR SPECIFIED BUILDING MATERIALS:** The contract price for this residential Swimming Pool project has been calculated based on the current Spot Market prices for the component building materials. However, the market for the building materials that are hereafter specified is considered to be volatile, and sudden price increases could occur. The Builder agrees to use his best efforts to obtain the lowest possible prices from available building material suppliers, but should there be an increase in the prices of these specified materials that are purchased after 120 days of execution of contract for use in this residential construction project, the Owner agrees to pay that cost increase to the Builder. Any claim by the Builder for payment of a cost increase, as provided above, shall require written notice delivered by the Builder to the Owner stating the increased cost, the building material or materials in question, and the source of supply, supported by invoices or bills of sale.



Product: Vinyl Ester Resin    Current Price 2.80/lb    Sept 30 2021    Ineos group

**SPECIAL CIRCUMSTANCES** – *RIGHT OF TERMINATION* Should there be a rise in the cost of any specified building material or materials, exclusive of any other price changes, that would cause the total contract price to increase by more than 3 Percent the Builder shall, before making any additional purchases of specified material or materials, provide to the Owner a written statement expressing the dollar amount increase of the contract price, the building material or materials in question, and the dollar amount of the price increase to be incurred. The Owner may then, at his option, terminate the contract by providing within 7 business days both written notice of termination to the Builder, and payment to the Builder for all costs expended in performance of the contract to the date of termination, plus payment of a prorated percentage of the Builder's profits based on the percent of completion. Should both notice of termination and full payment not be forthcoming within 7 business days, as provided herein, the Builder shall have the option to terminate the contract, or to proceed with the contract and purchase the specified building materials at the increased price. If termination is elected, the Builder shall provide to the Owner a written notice of termination, and the Owner shall be required to pay the Builder for all his costs expended in performance of the contract to the date of termination, plus payment of a prorated percentage of the Builder's profits based on the percent of completion. If the Builder elects to proceed on the contract, he may then purchase the specified material or materials at the increased price, and the Owner shall be required to pay the increased cost incurred.

**SAFETY:** The Contractor shall not be responsible for the Owner for any damages arising out of the misuse of the facilities provided under Contract.

**PATIOS:** In the event that Owner hires Contractor or others to complete any patio work as part of this contract, Owner agrees that scaling and/or cracking, as well as color fading may occur and is not covered under this one-year labor warranty. Owner further agrees that any grading work outside of patio area is responsibility of Owner. When patio or pool deck work is not included in this Contract, grading around pool, compacting backfill, stripping sod and excess dirt cleanup will not be the responsibility of the Contractor performing such work.

**SEPTIC TANKS:** It is the Owner's responsibility to mark with corner flags the location of septic tanks, storm sewers, sanitary sewer lines or underground utilities.

**SIDEWALKS:** Contractor is not responsible for damage incurred to sidewalks or driveways during construction of pool.

**CANCELED CONTRACTS:** If customer cancels contract after the 3 day right of rescission Artistic Pools shall retain deposit money that was paid out to Sales, and internal employees. If Pool is cancelled once pool has been delivered from Florida there will be an additional fee of 12,000.00 paid to contractor to pay for round trip shipping of 2,000 miles at current rates of 6.00/ mile for oversize loads.

**ARBITRATION:** If, at any time, any controversy shall arise between the parties with respect to any matter arising out of, or relating to this contract, the formation or availability thereof, performance thereunder or the breach thereof, which the parties do not promptly adjust and determine, said controversy shall be decided by arbitration, administered and in accordance with the Commercial Arbitration Rules of the American Arbitration Association then obtaining unless waived. This agreement to arbitrate shall be specifically enforceable under the prevailing arbitration law. The award rendered by the arbitrators shall be final and judgement may be entered upon it in any court having jurisdiction thereof. The locale of any arbitration hearing will be determined as would the venue of any action pursuant to the laws of the state.

**FINAL INSPECTIONS.** : It is the Customers responsibility to schedule a Final Electrical and Final Building inspection with your Township as you the Homeowner needs to be home to let inspectors inside your home. Failure to schedule your Final Electrical inspection and or Final Building / Pool Safety Barrier Compliance can and will result in fines from the TWP. Artistic Pools is not responsible for Inspections as we do not install Pool fencing which is a requirement to get your Certificate of occupancy. Artistic Pools should not be held responsible for failure of Customer to comply with obtaining their Final Inspections. Copies of Certificate of Occupancy should be emailed to Artistic Pools once Final Inspection is completed.

**ENTIRE AGREEMENT:** This Contract constitutes the entire agreement of the parties and may not be Changed orally.

SIGN HERE:_____[DocuSigned by: signature, D6C6B9B67110430...]_____   DATE:___10/7/2021___

