# Exhibit "G"

| | |
|---|---|
| **From:** | David Bloch |
| **To:** | Nicole Salerno |
| **Subject:** | RE: Butler v. McFetridge, et al |
| **Date:** | Monday, November 24, 2025 12:51:15 PM |

Yes, I consent to that too (obviously, I don't consent to arbitration, but we can deal with that down the road).

**From:** Nicole Salerno <n.salerno@bpn.law>
**Sent:** Monday, November 24, 2025 12:49 PM
**To:** David Bloch <DBloch@fbzlaw.com>
**Subject:** Re: Butler v. McFetridge, et al

**External Sender**

Be wary of any links, login requests, attachments, or requests for personal or financial information that appear below this advisory.

Thank you David. Do you consent to both the amended complaint and third party complaint?

Get Outlook for iOS

**From:** David Bloch <DBloch@fbzlaw.com>
**Sent:** Monday, November 24, 2025 12:46:35 PM
**To:** Nicole Salerno <n.salerno@bpn.law>
**Subject:** RE: Butler v. McFetridge, et al

Nicole, sorry for the delay, I consent, you can sign for me. Dave

**From:** Nicole Salerno <n.salerno@bpn.law>
**Sent:** Sunday, November 23, 2025 2:56 PM
**To:** Waldron, William F. <WFWaldron@MDWCG.com>; Hiller-Nimeroff, Jennifer <jhiller@weirlawllp.com>; John C. Gillespie <jgillespie@parkermccay.com>; Sokolove, Robert <rsokolove@weirlawllp.com>; Samuel Youssof <s.youssof@bpn.law>; Burnley, Tracy L. <TLBurnley@MDWCG.com>; David Bloch <DBloch@fbzlaw.com>; Gregg Weinstock <g.weinstock@bpn.law>; wmmcfetridge@me.com
**Cc:** Joan T. Horner <jhorner@parkermccay.com>; Erin Groenert <e.groenert@bpn.law>
**Subject:** RE: Butler v. McFetridge, et al

**External Sender**

**Be wary of any links, login requests, attachments, or requests for personal or financial information that appear below this advisory.**

Counselors,

Please find consent and stipulation attached with regard to third-party defendant, Artistic Pools, filing a Fourth-Party Complaint. Please advise if you will consent.

Thank you,



**Nicole Salerno**
Of Counsel
201-292-8450
201-716-3992 fax

Barker Patterson Nichols, LLP
1200 MacArthur Blvd
Suite 202
Mahwah, NJ 07430

Website | Valhalla | Garden City | NYC | NJ | CT | Philadelphia | West Palm Beach | Naples |

NOTE: This e-mail message (including attachments) is subject to attorney-client privilege and contains confidential information intended only for the person(s) to whom this email message is addressed. This e-mail may be covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, which provides criminal penalties for your use of this email without permission. This message may contain Protected Health Information covered under HIPAA Rules and HITECH Standards including, but not limited to, all applicable requirements of the HIPAA Security rule in 45 C.F.R. Sections 164.308, 164.310,164.312 and 164.316, including any amendments thereto. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy.

---

**From:** Nicole Salerno
**Sent:** Thursday, November 20, 2025 12:36 PM
**To:** 'Waldron, William F.' <WFWaldron@MDWCG.com>; Hiller-Nimeroff, Jennifer <jhiller@weirlawllp.com>; John C. Gillespie <jgillespie@parkermccay.com>; Sokolove, Robert <rsokolove@weirlawllp.com>; Samuel Youssof <S.Youssof@bpn.law>; Burnley, Tracy L. <TLBurnley@MDWCG.com>; 'dbloch@fbzlaw.com' <dbloch@fbzlaw.com>; Gregg Weinstock <G.Weinstock@bpn.law>; 'wmmcfetridge@me.com' <wmmcfetridge@me.com>
**Cc:** Joan T. Horner <jhorner@parkermccay.com>; Erin Groenert <E.Groenert@bpn.law>
**Subject:** RE: Butler v. McFetridge, et al

Counselors,

Please find consent and stipulation attached with regard to third-party defendant, Artistic Pools, amending their answer. Please advise if you will consent.

Thank you,



**Nicole Salerno**
Of Counsel
201-292-8450
201-716-3992 fax

Barker Patterson Nichols, LLP
1200 MacArthur Blvd
Suite 202
Mahwah, NJ 07430
Website | Valhalla | Garden City | NYC | NJ | CT | Philadelphia | West Palm Beach | Naples |

NOTE: This e-mail message (including attachments) is subject to attorney-client privilege and contains confidential information intended only for the person(s) to whom this email message is addressed. This e-mail may be covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, which provides criminal penalties for your use of this email without permission. This message may contain Protected Health Information covered under HIPAA Rules and HITECH Standards including, but not limited to, all applicable requirements of the HIPAA Security rule in 45 C.F.R. Sections 164.308, 164.310,164.312 and 164.316, including any amendments thereto. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.