UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRENDAN W. BUTLER and SARAH K. BUTLER, h/w,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>WILLIAM McFETRIDGE, DANIEL R. WHITE, DANIEL R. WHITE REALTORS, LLC, BOROUGH OF HADDON HEIGHTS, BROOKS CASS and KRISTEN CASS,<br><br>　　　　　Defendants.<br>------------------------------------------------------<br>BROOKS CASS and KRISTEN CASS,<br><br>　　　　　Third-Party Plaintiffs,<br><br>v.<br><br>ARTISTIC POOLS CORPORATION and JAMES MACCARIELLA, JR., PE,<br><br>　　　　　Third-Party Defendants.<br>------------------------------------------------------<br>ARTISTIC POOLS CORPORATION,<br><br>　　　　　Fourth-Party Plaintiffs,<br><br>v.<br><br>PARADISE SOLAR AND ELECTRICAL LLC and CENTRAL JERSEY PAVING,<br><br>　　　　　Fourth-Party Defendants. | CIVIL ACTION<br><br>Case No. 1:24-cv-07733-RMB-SAK<br><br><br>**SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consent to the substitution of William F. Cook, Esquire of the firm of Brown & Connery LLP, as counsel for Defendant, Borough of Haddon Heights.

**WITHDRAWING ATTORNEY**

_/s/ John C. Gillespie_

John C. Gillespie, Esquire
**PARKER MCCAY P.A.**
9000 Midlantic Drive, Suite 300
Mt. Laurel, NJ 08054
PH: 856-596-8900
Email: jgillespie@parkermccay.com

Dated: 2/4/26

**SUPERSEDING ATTORNEY**

_/s/ William F. Cook_

William F. Cook, Esquire
**BROWN & CONNERY, LLP**
360 N. Haddon Avenue
Westmont, NJ 08108
PH: 856-854-8900
Email: wcook@brownconnery.com

Dated: 2-4-26

7VD6467.DOCX