

LAW OFFICES
# WEIR LLP

A Pennsylvania Limited Liability Partnership

1300 Route 73, Suite 314
Mount Laurel, New Jersey 08054
WEIRLAWLLP.COM

**Jennifer Hiller Nimeroff**　　　　　　　　　　　　　　　　　　　　　　　Direct Dial (215) 241-7757
Member of PA and NJ Bars　　　　　　　　　　　　　　　　　　　　　　　E-mail: jhiller@weirlawllp.com

March 4, 2026

<u>*Via CM/ECF*</u>
Chief United States District Judge Renee Marie Bumb
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

　　　　Re:　Brendan W. Butler, et al. v. Borough of Haddon Heights, et al.
　　　　　　Case No. 1:24-cv-07733

Dear Chief Judge Bumb:

　　　This law firm represents the Plaintiffs, Brendan and Sarah Butler, in the above-referenced matter. At the status conference conducted in this matter on February 24, 2026, Your Honor directed Plaintiffs to circulate their engineer's expert report by March 17, 2026, and asked the parties to participate in a settlement conference thereafter. That conference is now scheduled for April 23, 2026.

　　　In or about late August, 2025, Defendants Brooks and Kristen Cass obtained a topographical survey of the subject area. In order to conduct this survey, the Casses neighbors, including the Butlers, cooperated with the Casses' surveyors and provided access to their properties. It was explained that access was necessary to obtain topographical grade information to evaluate drainage patterns. Counsel for the Casses confirmed during our status conference that he was in possession of the survey data.

　　　Plaintiffs have requested that the Casses provide the survey data (only). This data will greatly assist Plaintiffs' expert in completing his report within the time parameters set by the Court. The Casses, however, are "not inclined" to provide this data. On behalf of the Plaintiffs, we bring this issue to the Court's attention to ask for its assistance in obtaining the survey data.

　　　It appears wasteful, in both time and expense, for Plaintiffs' expert to undertake the same topographical survey, when the data has already been collected. Moreover, to the extent that the Casses will be relying upon the survey data in this case, and all evidence suggests as much, they

Chief United States District Judge Renee Marie Bumb
March 4, 2026
Page 2

will be required to make this data available to the parties in the future and regardless of the cost incurred to obtain it. There is simply no reason to withhold this information from Plaintiffs' expert when the goal is to have a meaningful settlement conference and for everyone to understand the causes of the flooding and to arrive at possible solutions to end the flooding.

    It has been explained to us that if Plaintiffs' expert is now required to perform a topographical survey, additional time will be needed to complete the survey and the report. Therefore, Plaintiffs respectfully request the Court to direct the Casses to immediately provide the topographical survey data to Plaintiffs so that their engineering expert can use the data and provide his report to everyone by March 17, 2026.

                                                     Respectfully submitted,

                                                     Jennifer Hiller Nimeroff

JHN/
cc:    All Counsel of Record (*via* CM/ECF)
        William McFetridge (*via* electronic mail)
        Mr. and Mrs. Bulter (*via* electronic mail)