

15000 Midlantic Drive, Suite 200, P.O. Box 5429, Mount Laurel, NJ 08054
(856) 414-6000  Fax (856) 414-6077
*Sharon Campbell-Suplee, Resident Managing Attorney*

Direct Dial:  (856) 414-6015
Email:  aelevy@mdwcg.com

March 9, 2026

Honorable Magistrate Sharon A. King                                          via efiling only
USDC - District of NJ
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Courtroom 3D
Camden, NJ  08101

    RE:  Cass, Brooks v. James Maccariella, Jr., PE, et al
        Docket No.:        1:24-cv-07733-RMB-SAK
        Our File No.:      40671.00172 AEL

Dear Magistrate King:

    My office represents Third-party Defendant James Maccariella, Jr., PE in this matter.  This matter has been set for an In-Person Settlement Conference with you on April 23, 2026.  As I informed you in a prior conference, my offices requested on multiple occasions since last December that the Third-party Plaintiff, Cass, dismiss Maccariella from the case as there are no proofs of his liability for anything that may have caused plaintiff Brooks' alleged damages.  As I also informed you in the prior conference, our position was bolstered by the fact that Cass has responded to none of Maccariella's discovery demands.  Regardless of our requests, Cass' counsel's response for dismissal is that he is *still* waiting on his client's approval.  This is all background to respectfully ask that under these circumstances Your Honor allow our adjuster, who is located in Chicago, Illinois, to attend the April 23rd conference remotely.

    I thank Your Honor for your time and consideration of this request.

                                Respectfully submitted,

                                Adam E. Levy

AEL/ddr
Cc:     All counsel of record via efiling only
LEGAL/175043385.1