**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BRENDAN W. BUTLER and SARAH K. BUTLER, h/w<br>        Plaintiffs<br>v.<br><br>WILLIAM McFETRIDGE; DANIEL R. WHITE; DANIEL R. WHITE REALTORS, LLC; BOROUGH OF HADDON HEIGHTS, BROOKS CASS and KRISTEN CASS<br>        Defendants | CIVIL ACTION<br><br>Civil Action No. 1:24-cv-07733 RMB-SAK<br><br>**SUBSTITUTION OF COUNSEL** |

The undersigned hereby consents to the substitution of Raymond J. Michaud, Esquire of

Marshall Dennehey, P.C.  as attorney for Defendants, Daniel R. White and Daniel R. White

Realtors, LLC.


MARSHALL DENNEHEY                           MARSHALL DENNEHEY


*s/ Tracy L. Burnley*                           *s/ Raymond J. Michaud*
TRACY L. BURNLEY                           RAYMOND J. MICHAUD
Withdrawing Attorney                          Superseding Attorney



Dated:  March 19, 2026

LEGAL/175327346.1