## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRENDAN W. BUTLER and SARAH K. BUTLER, h/w <br><br> Plaintiff(s) <br><br> v. <br><br> WILLIAM MC FETRIDGE, DANIEL R. WHITE, DANIEL R. WHITE REALTORS LLC, BOROUGH OF HADDON HEIGHTS, BROOKS CASS and KRISTEN CASS <br> Defendants <br> And <br><br> BROOKS CASS and KRISTEN CASS <br>     Defendant-Third Party Plaintiff <br> Vs. <br><br> ARTISTIC POOLS CORPORATION and JAMES MACCARIELLA, JR., PE <br> Third Party Defendant | Civil Action No. 1:24-cv-07733-RMB-SAK |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE
### AS TO THIRD PARTY DEFENDANT, JAMES MACCARIELLA, JR. P.E. ONLY

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for

Defendant/third party Plaintiffs, Brooks Cass and Kristen Cass, and counsel for third party

defendant, James Maccariella, Jr., PE., that the Third Party Claims against James Maccariella,

Jr. P.E. shall be and is hereby DISMISSED without prejudice, and without costs and fees.

FARBER, BROCKS & ZANE, LLP

By: _____
DAVID BLOCH, ESQUIRE
Attorney for Third Party Plaintiff,
Brooks Cass and Kristen Cass
8 Interplex Drive, Ste. 210
Feasterville-Trevose, PA 19053
TEL: 908-654-1950
E-MAIL: dbloch@fbzlaw.com

MARSHALL, DENNEHEY, P.C.

By: /s/ Adam E. Levy
ADAM E. LEVY, ESQUIRE
Attorney for Third Party Defendant,
James Maccariella, Jr. P.E.
15000 Midlantic Drive, Suite 200
P.O. Box 5429
Mount Laurel, NJ 08054
Our File No. 40671-00172 AEL
TEL: (856) 414-6015
E-MAIL: aelevy@mdwcg.com

Dated: 3/14/26

Dated: 3/16/26

175246949