# FARBER BROCKS & ZANE L.L.P.

### ATTORNEYS AT LAW

226 ST. PAUL STREET · WESTFIELD, NEW JERSEY 07090
TEL. (908) 789-0507   ·   FAX (516) 739-5103
www.fbzlaw.com

DAVID J. BLOCH
OF COUNSEL
dbloch@fbzlaw.com

○ NEW YORK
○ NEW JERSEY
○ CONNECTICUT
○ FLORIDA

(REPLY TO GARDEN CITY, NY ONLY)

April 7, 2026

**VIA ECF**
The Honorable Renee Marie Bumb
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

Re:    *Butler, et. al. v. Borough of Haddon Heights, et. al.*
　　　　Civil Action No.    :    1:24-cv-07733-RMB-SAK
　　　　Our File No.    :    662-14499

Dear Chief Judge Bumb:

　　　We represent defendants/third-party plaintiffs Brooks Cass and Kristen Cass (collectively "Cass") in the above action which is scheduled for an in-person settlement conference on April 23, 2026.

　　　We write to request that Your Honor allow our insurance claims representative, who resides out of state, to appear remotely at the conference.

　　　Thank you for your consideration.

　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　*s/David J. Bloch*

　　　　　　　　　　　　　　　　　　DAVID J. BLOCH (DB 8204)

DJB:jh
cc: all counsel of record

{01651642.DOCX /}