

April 14, 2026

**VIA ELECTRONIC FILING**
Honorable Renee Marie Bumb
Chief United States District Judge
District of New Jersey
US Courthouse – Courtroom 3D
4th & Cooper Streets
Camden NJ 08101

RE:    **Butler v Cass – Fourth Party Complaint by Artistic Pools v.**
       **Paradise Solar & Electrical – Case No. 24-CV-07733-RMB**

Dear Judge Bumb:

This firm represents the recently joined Fourth Party Defendant, Paradise Solar & Electrical LLC ("Paradise") which was purportedly joined as a defendant by a Fourth Party Complaint filed by Artistic Pools Corp. ("Artistic").

Under separate cover, we filed a Pre-Motion letter advising of our intention to move for dismissal of the Joinder Complaint under Rule 12(b)(6).

As set forth in the Pre-Motion letter, Paradise's involvement in construction of the swimming pool at issue in this action was no more than performing $1,955.00 worth of electrical wiring and connections for the pool pumps and lights. Our client had no involvement in or with the design of the pool, the location of the pool or the construction of any aspect of the pool bearing on the diversion of water at the properties in question.

Under the circumstances, Paradise respectfully requests that its principal be permitted to participate in the April 23, 2026 settlement conference remotely/by phone.

Respectfully yours,

Travis L. Kreiser

TLK/mmi

1300 Lawrence Road

Havertown, PA 19083

Phone 610.734.2250

Fax 610.734.1449

. . .

One Greentree Centre

10,000 Lincoln Drive East

Suite 201

Marlton, NJ 08053-1536

Phone 856.988.5561