**KREISER**
**& ASSOCIATES P.C.**
**ATTORNEYS AT LAW**

April 16, 2026

<u>VIA ELECTRONIC FILING</u>
Honorable Renee Marie Bumb
Chief United States District Judge
District of New Jersey
US Courthouse – Courtroom 3D
4th & Cooper Streets
Camden NJ 08101

> RE:    <u>Butler v Cass – Case No. 24-CV-07733-RMB</u>
>
> <u>PRE-MOTION REPLY LETTER RE MOTION TO DISMISS
> JOINDER COMPLAINT PER Rule 12(b)(6) & MOTION TO
> EXTEND TIME TO RESPOND TO FOURTH PARTY
> COMPLAINT</u>

Dear Judge Bumb:

This firm recently entered its appearance for the recently joined Four Party Defendant, Paradise Solar & Electrical, LLC ("Paradise") and immediately upon being contacted, filed a Pre-Motion Letter for our intended Motion to Dismiss the Joinder Complaint pursuant to Rule 12(b)(6).  As a factual matter, the motion is well grounded because Paradise performed a mere $2,000 in electrical construction work in connection with the swimming pool at issue in this action and therefore, could not possibly have caused or contributed to any decision to locate the pool construction in a drainage easement.  As a legal matter, the motion is well grounded because the Joinder Complaint fails to state any facts supporting a "plausible" basis for joinder in violation of the standard set forth by the United States Supreme Court in <u>Bell Atlantic Corp. v. Twombly</u>, 550 U.S. 544. 555-56 (2007).

Counsel for the joining Party, Artistic Pools Corp ("Artistic"), filed a response letter, which fails to address the legal issue presented, and instead raises only a procedural issue regarding the timeliness of the Motion/Request.  Certainly, if Artistic possessed any factual basis for joinder, it would have included a summary of those facts in its responsive letter.

To be clear, Paradise experienced some difficulty obtaining counsel to represent it in this matter and the undersigned submitted the original pre-motion letter the same day he was contacted by Paradise regarding the matter.  It should be noted that this case has been pending for nearly two years.  Despite the age of this case, no party sought to join Paradise in this litigation until January 2026 and according to the docket, no depositions have been taken. Accordingly, it appears discovery is in its infancy and no party will be

1300 Lawrence Road

Havertown, PA 19083

Phone 610.734.2250

Fax 610.734.1449

• • •

One Greentree Centre

10,000 Lincoln Drive East

Suite 201

Marlton, NJ 08053-1536

Phone 856.988.5561

Honorable Renee Marie Bumb
April 16, 2026
Page 2

"prejudiced" by allowing Paradise to file its motion to dismiss. Rather, it is Paradise which will be prejudiced if it is forced to participate in this litigation where Artistic has not and cannot state a plausible basis for its joinder.

For the foregoing reasons, we renew our request for leave to file a formal Motion to Dismiss. Further, if requested or required by the Court, we will couple such motion to dismiss with a formal motion for extension of time to respond to the Joinder.

Thank you for the Court's time and attention to this matter.


Respectfully yours,

Travis L. Kreiser

TLK/mmi
Enclosures