**MARSHALL DENNEHEY**

15000 Midlantic Drive, Suite 200, P.O. Box 5429, Mount Laurel, NJ 08054
(856) 414-6000  Fax (856) 414-6077
*Sharon Campbell-Suplee, Resident Managing Attorney*

Direct Dial:  (856) 414-6015
Email:  aelevy@mdwcg.com

April 16, 2026

Honorable Renee Marie Bumb, U.S.D.J.                                via efiling
USDC - District of NJ
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Courtroom 3D
Camden, NJ  08101

          RE:   Cass, Brooks v. James Maccariella, Jr., PE, et al
                Docket No.:      1:24-cv-07733-RMB-SAK
                Our File No.:    40671.00172 AEL

Dear Judge Bumb:

        As Your Honor may recall, my client in this case is James Maccariella, Jr. P.E.  The claim against Maccariella in the third party action was dismissed without prejudice by plaintiff.  As such, we do not believe that our attendance is necessary at the upcoming Settlement Conference.  If I am incorrect, I would appreciate Your Honor letting us know.

        I thank the Court for its attention.

                                    Respectfully submitted,

                                    Adam E. Levy

AEL/ddr

cc:      All parties and counsel of record via efiling only

LEGAL/175962267.1