# FARBER BROCKS & ZANE L.L.P.

## ATTORNEYS AT LAW

226 ST. PAUL STREET · WESTFIELD, NEW JERSEY 07090
TEL. (908) 789-0507    ·    FAX (516) 739-5103
www.fbzlaw.com

DAVID J. BLOCH
OF COUNSEL
dbloch@fbzlaw.com

○ NEW YORK
○ NEW JERSEY
○ CONNECTICUT
○ FLORIDA

(REPLY TO GARDEN CITY, NY ONLY)

April 21, 2026

**<u>Via EFile</u>**
The Honorable Renee Marie Bumb
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

Re:    *Butler, et. al. v. Borough of Haddon Heights, et. al.*
Civil Action No.    :    1:24-cv-07733-RMB-SAK
Our File No.    :    662-14499

Dear Chief Judge Bumb:

We represent defendants/third-party plaintiffs Brooks Cass and Kristen Cass (collectively "Cass") in connection with the above action, which is scheduled for a settlement conference on Thursday, April 23, 2026.

We write to bring to the Court's attention an issue that may impact on the settlement conference. We have retained Marc Krichilsky, P.E. of McLarin as our expert in this case. Mr. Krichilsky issued a preliminary report and will attend the settlement conference. This afternoon, I received a call from Mr. Krichilsky who advised that he was called directly by Plaintiff's counsel, Mr. Sokolove - without our consent or knowledge - who raised an issue concerning a conflict because Mr. Sokolove's firm retained McLarin in other, unrelated, matters and strongly suggested that Mr. Krichilsky have a different colleague at McLarin sign the report that was prepared and essentially replace Mr. Krichilsky. We do not believe that there is a conflict (nor how a different engineer at McLarin signing the report would remedy any conflict) but, suffice it to say, Mr. Krichilsky was somewhat "taken aback" by the communication and expressed concern. Additionally, we were advised that Mr. Sokolove discussed the case directly with Mr. Krichilsky and/or made comments regarding Mr. Krichilsky's opinions, which is entirely inappropriate.

{01658139.DOCX /}

We apologize for having to bring this issue to the Court's attention but wanted to ensure that this issue does not derail the settlement conference on Thursday. We welcome any guidance from the Court to ensure that there is no issue with proceeding with Mr. Krichilsky as our expert and to address counsel's inappropriate and improper direct communication with our expert.

Respectfully,

*s/David J. Bloch*

David J. Bloch

DJB:jh

{01658139.DOCX /}