

LAW OFFICES

# WEIR LLP

A Pennsylvania Limited Liability Partnership

1300 Route 73, Suite 314
Mount Laurel, New Jersey 08054

WEIRLAWLLP.COM

Robert D. Sokolove
Member of DC, MD, NJ, and PA Bars

Direct Dial (215) 241-7706
E-mail: rsokolove@weirlawllp.com

April 22, 2026

***Via CM/ECF***
Chief United States District Judge Renee Marie Bumb
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

> **Re:    Brendan W. Butler, et al. v. Borough of Haddon Heights, et al.**
> **Case No. 1:24-cv-07733**

Dear Chief Judge Bumb:

This law firm represents the Plaintiffs, Brendan and Sarah Butler, in the above-referenced matter. We are in receipt of the letter addressed to Your Honor, dated April 21, 2026, from David J. Bloch, Esquire, counsel for Defendants, Brooks and Kristen Cass. We wish to inform the Court that Mr. Bloch has not properly characterized the discussion I had with Mr. Krichilsky. Mr. Krichilsky is serving as an expert for my clients in three other cases, and my direct communication with him is neither inappropriate nor improper. My call to him was to express my concern about the conflict that now has been created by our being adverse in this case. I have since had a productive conversation with Mr. Bloch to clear the air and to address his concerns about my communicating with Mr. Krichilsky.  I am happy to address this issue further, in person, at the settlement conference on April 23, 2026, if necessary.

Respectfully submitted,

Robert D. Sokolove

JHN/
cc:    All Counsel of Record (*via* CM/ECF)
William McFetridge (*via* electronic mail)
Mr. and Mrs. Bulter (*via* electronic mail)

PENNSYLVANIA   ∞   NEW JERSEY   ∞   DELAWARE   ∞   NEW YORK