# BROWN & CONNERY, LLP

ATTORNEYS AT LAW
360 HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900
FAX (856) 858-4967



William F. Cook, Esq.
*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney*
wcook@brownconnery.com

April 30, 2026

**VIA ECF**
**Honorable Sharon A. King, U.S.M.J.**
United States District Court, Camden
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Street, Courtroom 3C
Camden, New Jersey 08101

> **Re:** **Butler v. Borough of Haddon Heights, et al.**
> District of New Jersey Docket No. 1:24-cv-07733 (RMB/SAK)
> Our File No. 26-0052

Dear Judge King:

Our office represents the Borough of Haddon Heights in the above-referenced matter. This case involves allegations of excessive flooding in the backyard of Plaintiffs' property located at 509 Guyer Drive, Haddon Heights.

On April 23, 2026, Your Honor conducted an in-person settlement conference with all parties at the U.S. Courthouse in Camden. We write to seek clarification as to the Court's directive provided during the conference regarding the engineer meet and confer to take place within the next few weeks.

By way of update, Counsel have since agreed for their respective engineers to meet on Thursday, May 7, 2026 to continue discussions. However, Counsel are unclear whether the Court intended this meeting to be engineers only, or if attorneys are permitted to observe.

We respectfully request the Court clarify the specific parameters of this meeting as it relates to who may and may not attend.

7WH3034.DOCX

**BROWN & CONNERY, LLP**

Honorable Sharon A. King, U.S.M.J.
APRIL 30, 2026
Page 2


       Thank you.


                          Respectfully submitted,

                          **BROWN & CONNERY, LLP**

                          */s/ William F. Cook*

WFC/BMM                      William F. Cook, Esquire
cc:     All Counsel of Record *(via ECF)*