# BROWN & CONNERY, LLP

ATTORNEYS AT LAW
360 HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900
FAX (856) 858-4967



William F. Cook, Esq.
*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney*
wcook@brownconnery.com

May 14, 2026

**VIA ECF**
**Honorable Renee M. Bumb, U.S.D.J.**
United States District Court, Camden
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Street, Courtroom 3C
Camden, New Jersey 08101

> **Re:** **Butler v. Borough of Haddon Heights, et al.**
> District of New Jersey Docket No. 1:24-cv-07733 (RMB/SAK)
> Our File No. 26-0052

Dear Chief Judge Bumb:

Our office represents the Borough of Haddon Heights in the above matter. As Your Honor will recall, this is a flooding case that was recently the subject of a settlement conference on April 23, 2026 before Judge King.  That conference included engineers from the respective parties and, in the Borough's view, was a productive conference.  Following the conference, the case was placed into an administrative termination so that settlement discussions may continue.  Those discussions have continued, including discussions among the relevant engineers.

This letter is to report that Plaintiffs and the Borough have stipulated to the dismissal with prejudice of three (3) of the four (4) claims that Plaintiffs brought against the Borough.  These three claims are tort-based claims under the New Jersey Tort Claims Act ("TCA" or "Title 59").  Plaintiffs, the Borough, and all parties, except for Third-Party Defendant Artistic Pools, are in agreement with the executed stipulation.  As the Court is aware, all parties must execute the stipulation under Rule 41.

This letter is to request a temporary lifting of the administrative termination and to further request permission to seek an order to show cause as to how Artistic Pools possibly has a good faith basis under Rule 11 to oppose this stipulation.  The dismissal in question has nothing to do with Artistic Pools, a ***third-party defendant***.  The stipulation solely relates to direct tort claims

7WM6236

**BROWN & CONNERY, LLP**

**Honorable Renee M. Bumb, U.S.D.J.**
MAY 14, 2026
Page 2

between Plaintiffs and the Borough.  Artistic Pools is not a party as to any of those claims, and it is not impacted in any manner.  Nor is there any prejudice.  To the extent that Artistic Pools wishes to bring some kind of direct claim against the Borough (which it has not yet done), it remains fully free to do so, even if Plaintiffs' direct claims against the Borough have been dismissed with prejudice.

The stipulation in question was agreed to by all parties quite some time ago.  The response of Artistic Pools initially was that it needed consent from its carrier.  Artistic Pools now suggests that some kind of action or inaction of the Borough contributed to the current condition.  The Borough disputes any such suggestion, and in any event, this is irrelevant.  Again, Artistic Pools is not at all prejudiced in the pursuit of such future claims by the entry of the stipulation as to claims between Plaintiffs and the Borough.

As the Court is well aware, this matter is already complicated enough procedurally.  The narrowing of claims will streamline this litigation.

For these reasons, the Borough requests leave to request a temporary lifting of the administrative stay and for leave to seek an order to show cause as to how Artistic Pools has a good faith basis to oppose this stipulation.  The Borough is happy to address these issues in a TEAMS call if deemed appropriate by the Court.

Thank you.

Respectfully submitted,

**BROWN & CONNERY, LLP**

*/s/ William F. Cook*

William F. Cook, Esquire

WFC/
Enclosure
cc:      All Counsel of Record *(via ECF)*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| BRENDAN W. BUTLER and SARAH K. BUTLER h/w | : | |
| | : | |
| Plaintiffs | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 24-07733-RMB-SAK |
| | : | |
| WILLIAM MCFETRIDGE, DANIEL R. WHITE, DANIEL R. WHITE REALTORS LLC, BOROUGH OF HADDON HEIGHTS, BROOKS CASS and KRISTEN CASS, | : : : : : | |
| | : | |
| Defendants. | : | |
| | : | |

**STIPULATION OF DISMISSAL AS TO PLAINTIFFS' TORT CLAIMS AGAINST BOROUGH OF HADDON HEIGHTS IN COUNTS I, II AND III OF PLAINTIFFS' AMENDED COMPLAINT**

It is hereby stipulated and agreed by and among the parties hereto that Plaintiffs hereby dismiss Counts I, II and III of their Amended Complaint against Defendant Borough of Haddon Heights, only, for negligence, nuisance and trespass, respectively, with prejudice and without costs. It is further stipulated and agreed that this Stipulation shall have no effect on any claims asserted by Plaintiffs in this matter as against Defendants Daniel R. White and Daniel R. White Realtors LLC, William McFetridge, Brooks Cass and Kristen Cass, and shall have no effect on Count IV of Plaintiffs' Amended Complaint against Defendant Borough of Haddon Heights. For sake of clarity, Plaintiffs are not dismissing and do not intend to dismiss Count IV of their Amended Complaint for inverse condemnation against Defendant Borough of Haddon Heights or Counts V through X against the remaining Defendants.

[*Signatures on Following Page*]

1

WEIR LLP
A Pennsylvania Limited Liability Partnership


By:  */s/ Jennifer Hiller Nimeroff*
    Jennifer Hiller Nimeroff, Esquire
    Robert D. Sokolove, Esquire
    *Attorneys for Plaintiffs*


BROWN & CONNERY, LLP


By: _____
    William F. Cook, Esquire
    Joseph T. Carney, Esquire
    Brianna Morello, Esquire
    *Attorneys for Defendant Borough of Haddon Heights*


FARBER BROCKS & ZANE LLP


By: _____
    David J. Bloch, Esquire
    *Attorneys for Defendants Brooks Cass and Kristen Cass*


MARSHALL DENNEHEY


By: _____
    William F. Waldren, Jr., Esquire
    *Attorneys for Third-Party Defendant James Maccariella, Jr., PE*

MARSHALL DENNEHEY


By: _____
    Tracy L. Burnley, Esquire
    *Attorneys for Defendants Daniel R. White and Daniel R. White Realtors, LLC*


_____
    Willaim McFetridge, *pro se*


BARKER PATTERSON NICHOLS LLP


By: _____
    Gregg D. Weinstock, Esquire
    Nichole C. Salerno, Esquire
    *Attorneys for Third-Party Defendant Artistic Pools Corporation*


        **SO ORDERED,** this ____ day of _____, 2026.


BY THE COURT:


_____
Hon. Renee Marie Bumb, Chief Judge

2