# FARBER BROCKS & ZANE L.L.P.

## ATTORNEYS AT LAW

226 ST. PAUL STREET · WESTFIELD, NEW JERSEY 07090
TEL. (908) 789-0507   ·   FAX (516) 739-5103
www.fbzlaw.com

DAVID J. BLOCH
OF COUNSEL
dbloch@fbzlaw.com

○ NEW YORK
○ NEW JERSEY
○ CONNECTICUT
○ FLORIDA

(REPLY TO GARDEN CITY, NY ONLY)

May 22, 2026

**Via E-File**
The Honorable Renee Marie Bumb
The Honorable Sharon A. King
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

Re:     *Butler, et. al. v. Borough of Haddon Heights, et. al.*
Civil Action No.    :    1:24-cv-07733-RMB-SAK
Our File No.    :    662-14499

Dear Chief Judge Bumb and Magistrate Judge King:

We represent defendants/third-party plaintiffs Brooks Cass and Kristen Cass (collectively "Cass") in connection with the above action. As per the Court's Order, the parties in the above case are to submit, by today, a proposed approach and cost estimate associated with remedying flooding issues on Plaintiff's property.

We write to advise the Court that the parties' engineers have conferred and are continuing to work towards a proposed remediation approach. The engineers are scheduled to have a follow-up conference this afternoon. Accordingly, we request that the deadline to submit be adjourned for one-two weeks in order to allow the engineers additional time to complete their task.

Thank you for your consideration.

Respectfully,

*s/David J. Bloch*

David J. Bloch

DJB:jh

{01671911.DOCX /}