John W. Barker *
Gary W. Patterson, Jr. * ●
Jeffrey R. Nichols * ●
Mamie Stathatos-Fulgieri *
Dylan Braverman *
Kiki Chrisomallides * ●
Scott A. Singer *
Gregg D. Weinstock * ●+¤
Adam S. Covitt *+
Megan A. Lawless * ●
Ralph Vincent Morales *

Kevin D. Porter *
Susan Vari *
Brian Andrews *
Jennifer Atchinson * ● Δ
Robert Boccio *
Dawn Bristol *
Gilbert H. Choi *
Joshua R. Cohen *
Tricia M. Criscito *
Brian DiPentima * ●
Charles K. Faillace *
Taryn M. Fitzgerald *

Danielle M. Hansen *
Anna Hock *
Thomas Jaffa *
Gemma Kenney * ●+
Douglas Langholz*
Timothy P. Lewis ¤
Jennifer M. Lobaito * ●
Rosemary E. Martinson * ●
Nicole E. Martone *
Neil Mascolo, Jr. *
Christian McCarthy * ●
Adonaid Medina * ●
Michael Milchan *
Joseph P. Muscarella *
Miles S. Reiner *
Bhalinder L. Rikhye *
Nicole C. Salerno * ●
Matthew Shindell ●Δ
Gonzalo Suarez *
Tammy A. Trees *
Karolina Wiaderna *¤
Arthur I. Yankowitz *+

Allen Alex †
Cielle Avena ●
Zachary Benoit *
Theresa A. Bohm *
Kelly Bronner *
Julia R. Bryant *
Stephen Mario Cardarelli *
Olivia R. Connor ¤
Patrick Duffy †
Raymond Farrell * ●
Jerica Gill *
Lauren P. Ingvoldstad†
Patrick La Rosa *
Robert Lobaito * ●
Rachel McGarry * ● Δ
Jocelyn Miller †
Jeremy Moldovan * ● Δ
Alexandra Nieto *
Kayla Nieves * ●
Declan O'Connor †
Gunjan Persaud *
Alesha N. Powell * ●+
Kevin Qu *
Christopher W. Rust *+
Aiden Ryder *
Nicole A. Wolfer *+
Brandon Wong *
Samuel Youssof ●Δ

Of Counsel
Danielle M. Barfield ¤
Angela R. Bonica * ●+
Roseann V. Driscoll *
Joseph D. Furlong *
John Katz *
Rani B. Kulkarni *
Daniel O'Connell * ●¤
Seema Palmerson *
Bonnie LS. Parente *
Carolyn Rankin *
Valerie L. Siragusa *
Thomas W. Willis *
Alexandra Zerrillo * ●+

*  Admitted to Practice in NY
●  Admitted to Practice in NJ
+  Admitted to Practice in CT
Δ  Admitted to Practice in PA
¤  Admitted to Practice in FL
†  Admission Pending



May 26, 2026

**VIA PACER**
Honorable Renée Marie Bumb
Chief United States District Judge
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101
Courtroom: 3D

     Re:    *BRENDAN W. BUTLER and SARAH K. BUTLER, h/w v. BROOKS CASS and KRISTEN CASS, et al. v. ARTISTIC POOLS CORPORATION and JAMES MACCARIELLA, Jr., PE*
           Case No.: 1:24-cv-07733-RMB-SAK
           BPN File No.: 0487-001

Dear Hon. Bumb and Hon. King:

The undersigned represents Third-Party Defendant/Fourth-Party Plaintiff, Artistic Pools Corporation, in the above-referenced matter. Artistic Pools respectfully requests a pre-motion conference in accordance with Your Honor's Part Rules.

For the reasons set forth below, Artistic Pools respectfully submits that the Borough should be sanctioned for breaching the parties' mutual agreement that the engineers-only meetings would not be recorded. Artistic Pools further requests that any recordings and/or transcripts of such meetings be precluded from use by any party and/or expert in the event this matter proceeds to litigation, including for purposes of allocation of fault discussions.

By way of background, the Court directed the parties' engineers to meet and confer, without interference, in an effort to develop a collective solution regarding the water issues affecting the Butler's property. The Court specifically ordered that the meet-and-confer sessions occur without attorneys present. Prior to the first engineers-only meeting, counsel for all parties mutually agreed upon certain parameters governing the process, including that the meetings would not be recorded. See the attached email correspondence.

On May 7, 2026, the engineers conducted a meet-and-confer session in compliance with the Court's Order. No attorneys were present so as to allow the engineers to engage in open and uninhibited discussions.

Thereafter, on May 22, 2026, at 1:00 p.m., the engineers participated in a subsequent meet-and-confer session. Prior to that meeting, the Borough did not notify counsel of any intention to record the proceedings. Although the engineers ultimately agreed to proceed with the recording, they were unaware that counsel had previously reached a mutual agreement that no recordings would be made. My client's engineer expressed concern regarding the recording but agreed to proceed in the interest of cooperation.

After learning that the meeting had been recorded, I contacted the Borough's counsel to inquire whether counsel had prior knowledge of the recording and whether they had retained the court reporter. I did not receive a direct response to those questions, but was instead informed only that the engineers had consented to the recording.

Respectfully, the only apparent purpose for recording the meeting was for litigation use, rather than to facilitate the settlement process contemplated by the Court. Moreover, the Borough provided no justification for failing to notify counsel in advance that the meeting would be recorded. Its failure to do so, in direct contravention of the parties' mutual agreement, constitutes bad faith conduct and improperly interfered with the collaborative settlement process ordered by the Court.

Accordingly, our engineer will not participate in any further meetings unless all mutually agreed-upon parameters are honored in good faith by all parties.

Thank you for Your Honor's consideration of the foregoing request.

Respectfully submitted,

_____*/s/Nicole Salerno*_____
Nicole Salerno, Esq. (Federal # 6170733)

NS/tm
*Enclosure*

cc:    All counsel of record

| | |
|---|---|
| **From:** | Nicole Salerno |
| **To:** | Joseph Carney; Brianna M. Morello; Sokolove, Robert; David Bloch; Hiller-Nimeroff, Jennifer; William Cook; William McFetridge; Burnley, Tracy L.; Michaud, Raymond J. |
| **Subject:** | Re: Bulter v. Borough of Haddon Heights, et al. |
| **Date:** | Friday, May 22, 2026 6:15:14 PM |
| **Attachments:** | image001.png |

Hi Joe,

did your office know of this beforehand? You failed to answer my question.

Additionally, Did your office order a reporter for the meeting?

Nicole Salerno

Get Outlook for iOS

**From:** Joseph Carney <jcarney@brownconnery.com>
**Sent:** Friday, May 22, 2026 5:01:01 PM
**To:** Nicole Salerno <n.salerno@bpn.law>; Brianna M. Morello <bmorello@brownconnery.com>; Sokolove, Robert <rsokolove@weirlawllp.com>; David Bloch <DBloch@fbzlaw.com>; Hiller-Nimeroff, Jennifer <jhiller@weirlawllp.com>; William Cook <wcook@brownconnery.com>; William McFetridge <wmmcfetridge@me.com>; Burnley, Tracy L. <tlburnley@mdwcg.com>; Michaud, Raymond J. <rjmichaud@mdwcg.com>
**Subject:** Re: Bulter v. Borough of Haddon Heights, et al.

Good afternoon

It is our understanding that all the engineers consented to record the meeting and a TEAMS transcript will be prepared

Thank you

Have a good weekend

Joe



**Joseph T. Carney**
Partner
**BROWN & CONNERY, LLP**
360 North Haddon Avenue, Westmont, NJ 08108
Office: (856) 854-8900
Direct: (856) 858-8132
jcarney@brownconnery.com
www.brownconnery.com

**From:** Nicole Salerno <n.salerno@bpn.law>
**Sent:** Friday, May 22, 2026 4:09:43 PM
**To:** Brianna M. Morello <bmorello@brownconnery.com>; Sokolove, Robert <rsokolove@weirlawllp.com>; David Bloch <DBloch@fbzlaw.com>; Hiller-Nimeroff, Jennifer <jhiller@weirlawllp.com>; William Cook <wcook@brownconnery.com>; Joseph Carney <jcarney@brownconnery.com>; William McFetridge <wmmcfetridge@me.com>; Burnley, Tracy L. <tlburnley@mdwcg.com>; Michaud, Raymond J. <rjmichaud@mdwcg.com>
**Subject:** RE: Bulter v. Borough of Haddon Heights, et al.

> **\*This is an EXTERNAL email. STOP. THINK! DON'T click links or open files unless you know the sender!\***

Hi Ms. Morello and Mr. Cook,

It was my understanding based on e-mails below that the parameters surrounding the engineer meetings would not include recordings. I was informed by my engineer today that the 1pm meeting was recorded by your engineer.

Were you aware of this prior to the meeting today?

**Nicole Salerno**
Partner
201-292-8450  Ext. 304
Office Direct: 201-292-8447
Barker Patterson Nichols, LLP
1200 MacArthur Boulevard, Suite 202
Mahwah, NJ  07430
Website  |  n.salerno@bpn.law
Long Island  |  New York City  |  Westchester  |  Albany  |  NJ  |  CT  |  PA  |  West Palm Beach  |  Naples



NOTE: This e-mail message (including attachments) is subject to attorney-client privilege and contains confidential information intended only for the person(s) to whom this email message is addressed. This e-mail may be covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, which provides criminal penalties for your use of this email without permission. This message may contain Protected Health Information covered under HIPAA Rules and HITECH Standards including, but not limited to, all applicable requirements of the HIPAA Security rule in 45 C.F.R. Sections 164.308, 164.310,164.312 and 164.316, including any amendments thereto. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy.

**From:** Brianna M. Morello <bmorello@brownconnery.com>
**Sent:** Thursday, April 30, 2026 2:12 PM
**To:** Sokolove, Robert <rsokolove@weirlawllp.com>; Nicole Salerno <n.salerno@bpn.law>; David Bloch <DBloch@fbzlaw.com>; Hiller-Nimeroff, Jennifer <jhiller@weirlawllp.com>; William Cook <wcook@brownconnery.com>; Joseph Carney <jcarney@brownconnery.com>; William McFetridge <wmmcfetridge@me.com>; Burnley, Tracy L. <tlburnley@mdwcg.com>; Michaud, Raymond J. <rjmichaud@mdwcg.com>
**Subject:** RE: Bulter v. Borough of Haddon Heights, et al.

Ms. Salerno:

The order does not address the engineer meet and confer. It was a directive given by Judge King to all counsel at the conclusion of the conference since Plaintiffs' engineer was not present to discuss a solution. Judge King never ordered counsel to participate.

If we do not receive consent from all parties that attorneys will not participate and the meeting will not be recorded, the Borough's engineer will not attend.



**Brianna M. Morello**
Associate
***BROWN & CONNERY, LLP***
360 North Haddon Avenue, Westmont, NJ 08108
Office: (856) 854-8900
Direct: (856) 669-3259
bmorello@brownconnery.com
www.brownconnery.com

**From:** Sokolove, Robert <rsokolove@weirlawllp.com>
**Sent:** Thursday, April 30, 2026 1:04 PM
**To:** Nicole Salerno <n.salerno@bpn.law>; Brianna M. Morello <bmorello@brownconnery.com>; David Bloch <DBloch@fbzlaw.com>; Hiller-Nimeroff, Jennifer <jhiller@weirlawllp.com>; William Cook <wcook@brownconnery.com>; Joseph Carney <jcarney@brownconnery.com>; William McFetridge <wmmcfetridge@me.com>; Burnley, Tracy L. <tlburnley@mdwcg.com>; Michaud, Raymond J. <rjmichaud@mdwcg.com>
**Subject:** Re: Bulter v. Borough of Haddon Heights, et al.

> **\*This is an EXTERNAL email. STOP. THINK! DON'T click links or open files unless you know the sender!\***

Nicole, we were the last individuals sitting with the magistrate judge before the day ended, and it was quite clear that she was talking about only the engineers working this issue out if it can be accomplished.

Get Outlook for iOS

**From:** Nicole Salerno <n.salerno@bpn.law>
**Sent:** Thursday, April 30, 2026 10:47:56 AM
**To:** Brianna M. Morello <bmorello@brownconnery.com>; David Bloch <DBloch@fbzlaw.com>; Hiller-Nimeroff, Jennifer <jhiller@weirlawllp.com>; William Cook <wcook@brownconnery.com>; Joseph Carney <jcarney@brownconnery.com>; William McFetridge <wmmcfetridge@me.com>; Burnley, Tracy L. <tlburnley@mdwcg.com>; Michaud, Raymond J. <rjmichaud@mdwcg.com>
**Cc:** Sokolove, Robert <rsokolove@weirlawllp.com>
**Subject:** [EXTERNAL] RE: Bulter v. Borough of Haddon Heights, et al.

**This Message originated outside your organization.**

We do not agree with attorneys not being present. The Order states:

**The Court having held a settlement conference on April 23, 2026; and the case not having settled; and consistent with the directives provided during the conference, the parties shall submit their proposed approach and costs associated with remedying the flooding issue on Plaintiffs' property by May 22, 2026. A follow-up in-person settlement conference is**

**scheduled for June 15, 2026 at 1:00 p.m. All counsel shall report to the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Courtroom 3B, Camden, NJ 08101. Counsel are advised that the Court requires the client(s) and an agent or person with full settlement authority to attend the conference. So Ordered by Magistrate Judge Sharon A. King on 4/24/26. (mb, )**

Nicole Salerno
Partner
201-292-8450  Ext. 304
Office Direct: 201-292-8447
Barker Patterson Nichols, LLP
1200 MacArthur Boulevard, Suite 202
Mahwah, NJ  07430
Website  |  n.salerno@bpn.law
Long Island  |  New York City  |  Westchester  |  Albany  |  NJ  |  CT  |  PA  |  West Palm Beach  |  Naples

NOTE: This e-mail message (including attachments) is subject to attorney-client privilege and contains confidential information intended only for the person(s) to whom this email message is addressed. This e-mail may be covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, which provides criminal penalties for your use of this email without permission. This message may contain Protected Health Information covered under HIPAA Rules and HITECH Standards including, but not limited to, all applicable requirements of the HIPAA Security rule in 45 C.F.R. Sections 164.308, 164.310,164.312 and 164.316, including any amendments thereto. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy.

**From:** Brianna M. Morello <bmorello@brownconnery.com>
**Sent:** Thursday, April 30, 2026 10:42 AM
**To:** David Bloch <DBloch@fbzlaw.com>; Hiller-Nimeroff, Jennifer <jhiller@weirlawllp.com>; Nicole Salerno <n.salerno@bpn.law>; William Cook <wcook@brownconnery.com>; Joseph Carney <jcarney@brownconnery.com>; William McFetridge <wmmcfetridge@me.com>; Burnley, Tracy L. <tlburnley@mdwcg.com>; Michaud, Raymond J. <rjmichaud@mdwcg.com>
**Cc:** Sokolove, Robert <rsokolove@weirlawllp.com>
**Subject:** RE: Bulter v. Borough of Haddon Heights, et al.

Thank you, Dave. And no, the Borough's engineer is out of the office this week, so we would appreciate another party's engineer organizing the call.



**Brianna M. Morello**
Associate
***BROWN & CONNERY, LLP***
360 North Haddon Avenue, Westmont, NJ 08108
Office: (856) 854-8900
Direct: (856) 669-3259
bmorello@brownconnery.com
www.brownconnery.com

**From:** David Bloch <DBloch@fbzlaw.com>
**Sent:** Thursday, April 30, 2026 10:39 AM
**To:** Brianna M. Morello <bmorello@brownconnery.com>; Hiller-Nimeroff, Jennifer <jhiller@weirlawllp.com>; Nicole Salerno <n.salerno@bpn.law>; William Cook <wcook@brownconnery.com>; Joseph Carney <jcarney@brownconnery.com>; William McFetridge <wmmcfetridge@me.com>; Burnley, Tracy L. <tlburnley@mdwcg.com>; Michaud, Raymond J. <rjmichaud@mdwcg.com>
**Cc:** Sokolove, Robert <rsokolove@weirlawllp.com>
**Subject:** RE: Bulter v. Borough of Haddon Heights, et al.

**\*This is an EXTERNAL email. STOP. THINK! DON'T click links or open files unless you know the sender!\***

I agree.  Was a link obtained for the zoom?  Dave

**From:** Brianna M. Morello <bmorello@brownconnery.com>
**Sent:** Thursday, April 30, 2026 10:38 AM
**To:** Hiller-Nimeroff, Jennifer <jhiller@weirlawllp.com>; Nicole Salerno <n.salerno@bpn.law>; David Bloch <DBloch@fbzlaw.com>; William Cook <wcook@brownconnery.com>; Joseph Carney <jcarney@brownconnery.com>; William McFetridge <wmmcfetridge@me.com>; Burnley, Tracy L. <tlburnley@mdwcg.com>; Michaud, Raymond J. <rjmichaud@mdwcg.com>
**Cc:** Sokolove, Robert <rsokolove@weirlawllp.com>
**Subject:** RE: Bulter v. Borough of Haddon Heights, et al.

**External Sender**

Be wary of any links, login requests, attachments, or requests for personal or financial information that appear below this advisory.

Good morning, Counsel:

Since the engineer meet and confer has been scheduled, I wanted to touch base and ensure all counsel has a unified understanding of how the

meeting will operate. It is the Borough's understanding that this meeting is a continuation of the engineers-only meeting during the settlement conference, and therefore, no attorneys are to be present. Additionally, the meeting is not to be recorded as it is in the context of FRE 408 discussions.

I kindly request all counsel confirm if they agree with the above in advance of next Thursday's engineers' meeting.

Thank you.



**Brianna M. Morello**
Associate
*BROWN & CONNERY, LLP*
360 North Haddon Avenue, Westmont, NJ 08108
Office: (856) 854-8900
Direct: (856) 669-3259
bmorello@brownconnery.com
www.brownconnery.com

---

**From:** Hiller-Nimeroff, Jennifer <jhiller@weirlawllp.com>
**Sent:** Wednesday, April 29, 2026 9:01 AM
**To:** Brianna M. Morello <bmorello@brownconnery.com>; Nicole Salerno <n.salerno@bpn.law>; David Bloch <DBloch@fbzlaw.com>; William Cook <wcook@brownconnery.com>; Joseph Carney <jcarney@brownconnery.com>; William McFetridge <wmmcfetridge@me.com>; Burnley, Tracy L. <tlburnley@mdwcg.com>; Michaud, Raymond J. <rjmichaud@mdwcg.com>
**Cc:** Sokolove, Robert <rsokolove@weirlawllp.com>
**Subject:** RE: Bulter v. Borough of Haddon Heights, et al.

> ✱This is an EXTERNAL email. STOP. THINK! DON'T click links or open files unless you know the sender!✱

Great. I have let Mr. Korkuch know.

As for scheduling the Zoom, will one of the engineers be doing that?  If so, Mr. Korkuch's email is: rkorkuch@actengineers.com

Please let me know.

Jennifer

---

**From:** Brianna M. Morello <bmorello@brownconnery.com>
**Sent:** Tuesday, April 28, 2026 4:52 PM
**To:** Nicole Salerno <n.salerno@bpn.law>; Hiller-Nimeroff, Jennifer <jhiller@weirlawllp.com>; David Bloch <DBloch@fbzlaw.com>; William Cook <wcook@brownconnery.com>; Joseph Carney <jcarney@brownconnery.com>; William McFetridge <wmmcfetridge@me.com>; Burnley, Tracy L. <tlburnley@mdwcg.com>; Michaud, Raymond J. <rjmichaud@mdwcg.com>
**Cc:** Sokolove, Robert <rsokolove@weirlawllp.com>
**Subject:** [EXTERNAL] RE: Bulter v. Borough of Haddon Heights, et al.

**This Message originated outside your organization.**

Jennifer,

It sounds like everyone is available on Thursday, May 7th with a 3:30PM start time.



**Brianna M. Morello**
Associate
*BROWN & CONNERY, LLP*
360 North Haddon Avenue, Westmont, NJ 08108
Office: (856) 854-8900
Direct: (856) 669-3259
bmorello@brownconnery.com
www.brownconnery.com

---

**From:** Nicole Salerno <n.salerno@bpn.law>
**Sent:** Tuesday, April 28, 2026 1:19 PM
**To:** Hiller-Nimeroff, Jennifer <jhiller@weirlawllp.com>; Brianna M. Morello <bmorello@brownconnery.com>; David Bloch <DBloch@fbzlaw.com>; William Cook <wcook@brownconnery.com>; Joseph Carney <jcarney@brownconnery.com>; William McFetridge <wmmcfetridge@me.com>; Burnley, Tracy L. <tlburnley@mdwcg.com>; Michaud, Raymond J. <rjmichaud@mdwcg.com>
**Cc:** Sokolove, Robert <rsokolove@weirlawllp.com>
**Subject:** RE: Bulter v. Borough of Haddon Heights, et al.

> ✱This is an EXTERNAL email. STOP. THINK! DON'T click links or open files unless you know the sender!✱

The afternoon on May 7th works for us

**Nicole Salerno**
Partner
201-292-8450  Ext. 304
Office Direct: 201-292-8447
Barker Patterson Nichols, LLP
1200 MacArthur Boulevard, Suite 202
Mahwah, NJ  07430
Website  |  n.salerno@bpn.law
Long Island  |  New York City  |  Westchester  |  Albany  |  NJ  |  CT  |  PA  |  West Palm Beach  |  Naples

**NOTE:** This e-mail message (including attachments) is subject to attorney-client privilege and contains confidential information intended only for the person(s) to whom this email message is addressed. This e-mail may be covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, which provides criminal penalties for your use of this email without permission. This message may contain Protected Health Information covered under HIPAA Rules and HITECH Standards including, but not limited to, all applicable requirements of the HIPAA Security rule in 45 C.F.R. Sections 164.308, 164.310,164.312 and 164.316, including any amendments thereto. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy.

**From:** Hiller-Nimeroff, Jennifer <jhiller@weirlawllp.com>
**Sent:** Tuesday, April 28, 2026 11:55 AM
**To:** Brianna M. Morello <bmorello@brownconnery.com>; David Bloch <DBloch@fbzlaw.com>; William Cook <wcook@brownconnery.com>; Joseph Carney <jcarney@brownconnery.com>; Nicole Salerno <n.salerno@bpn.law>; William McFetridge <wmmcfetridge@me.com>; Burnley, Tracy L. <tlburnley@mdwcg.com>; Michaud, Raymond J. <rjmichaud@mdwcg.com>
**Cc:** Sokolove, Robert <rsokolove@weirlawllp.com>
**Subject:** RE: Bulter v. Borough of Haddon Heights, et al.

As stated yesterday, Mr. Korkuch is available next week (as well), *every afternoon*. Hopefully the other expert have some availability . . .

**From:** Brianna M. Morello <bmorello@brownconnery.com>
**Sent:** Tuesday, April 28, 2026 11:43 AM
**To:** Hiller-Nimeroff, Jennifer <jhiller@weirlawllp.com>; David Bloch <DBloch@fbzlaw.com>; William Cook <wcook@brownconnery.com>; Joseph Carney <jcarney@brownconnery.com>; Nicole Salerno <n.salerno@bpn.law>; William McFetridge <wmmcfetridge@me.com>; Burnley, Tracy L. <tlburnley@mdwcg.com>; Michaud, Raymond J. <rjmichaud@mdwcg.com>
**Cc:** Sokolove, Robert <rsokolove@weirlawllp.com>
**Subject:** [EXTERNAL] Re: Bulter v. Borough of Haddon Heights, et al.

**This Message originated outside your organization.**

Jennifer, the Borough's expert is not available this week. Can we please reschedule?

**Brianna M. Morello**
Associate
**BROWN & CONNERY, LLP**
6 North Broad Street, Woodbury, NJ 08096
Office: (856) 812-8900
Direct: (856) 669-3259
bmorello@brownconnery.com
www.brownconnery.com

**From:** Hiller-Nimeroff, Jennifer <jhiller@weirlawllp.com>
**Sent:** Tuesday, April 28, 2026 11:41:13 AM
**To:** David Bloch <DBloch@fbzlaw.com>; William Cook <wcook@brownconnery.com>; Joseph Carney <jcarney@brownconnery.com>; Brianna M. Morello <bmorello@brownconnery.com>; Nicole Salerno <n.salerno@bpn.law>; William McFetridge <wmmcfetridge@me.com>; Burnley, Tracy L. <tlburnley@mdwcg.com>; Michaud, Raymond J. <rjmichaud@mdwcg.com>
**Cc:** Sokolove, Robert <rsokolove@weirlawllp.com>
**Subject:** RE: Bulter v. Borough of Haddon Heights, et al.

**\*This is an EXTERNAL email. STOP. THINK! DON'T click links or open files unless you know the sender!\***

Counsel,

The engineering experts for Plaintiffs and the Casses are available to have a video conference tomorrow or Thursday afternoon (between 2:00 and 4:00 PM).  For those parties who want their expert to participate in the video conference, (presumably Artistic Pools and Haddon Heights), please respond as to your expert's availability.

Thank you,

Jennifer

**From:** David Bloch <DBloch@fbzlaw.com>
**Sent:** Monday, April 27, 2026 3:29 PM
**To:** Hiller-Nimeroff, Jennifer <jhiller@weirlawllp.com>; William Cook <wcook@brownconnery.com>; Joseph Carney <jcarney@brownconnery.com>; Brianna M. Morello <bmorello@brownconnery.com>; Nicole Salerno <n.salerno@bpn.law>; William McFetridge <wmmcfetridge@me.com>; Burnley, Tracy L. <tlburnley@mdwcg.com>; Michaud, Raymond J. <rjmichaud@mdwcg.com>
**Cc:** Sokolove, Robert <rsokolove@weirlawllp.com>

**Subject:** [EXTERNAL] RE: Bulter v. Borough of Haddon Heights, et al.

**This Message originated outside your organization.**

Jennifer, my expert is good between 2 and 4 PM on Wednesday or Thursday of this week, if that is convenient for everyone.  Dave

**From:** Hiller-Nimeroff, Jennifer <jhiller@weirlawllp.com>
**Sent:** Monday, April 27, 2026 12:31 PM
**To:** William Cook <wcook@brownconnery.com>; Joseph Carney <jcarney@brownconnery.com>; Brianna M. Morello <bmorello@brownconnery.com>; David Bloch <DBloch@fbzlaw.com>; Nicole Salerno <n.salerno@bpn.law>; William McFetridge <wmmcfetridge@me.com>; Burnley, Tracy L. <tlburnley@mdwcg.com>; Michaud, Raymond J. <rjmichaud@mdwcg.com>
**Cc:** Sokolove, Robert <rsokolove@weirlawllp.com>
**Subject:** Bulter v. Borough of Haddon Heights, et al.

**External Sender**

Be wary of any links, login requests, attachments, or requests for personal or financial information that appear below this advisory.

Greetings everyone. Plaintiffs have consulted with their engineering expert, Robert Korkuch, about his availability, in the short term, to participate in a zoom conference with the other engineers. Other than tomorrow, 4/28/26, Mr. Korkuch is available any afternoon this week and next week, preferably after 2:00 PM. As you may know, Mr. Korkuch is located on the west coast, which is why he would prefer to commence the conference after 2:00 PM Eastern Time. Please confer with your experts and let's see if we can get a video conference scheduled!

Thanks,

Jennifer

Jennifer Hiller Nimeroff, Esquire

Weir LLP

Pennsylvania ∞ New Jersey ∞ Delaware ∞ New York
The Widener Building, 1339 Chestnut Street, Suite 500, Philadelphia, PA 19107
1300 Route 73, Suite 314, Mt. Laurel, NJ  08054
Phone & Fax: (215) 241-7757 **|** Email: jhiller@weirlawllp.com  **|** website: www.weirlawllp.com

This electronic message transmission contains information from the law firm of Weir LLP, which may be confidential or protected by the attorney-client privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by email and delete the original message. Thank you.

CONFIDENTIALITY NOTICE: This e-mail and any accompanying documents contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this e-mail in error, please reply as such and delete the e-mail.

CONFIDENTIALITY NOTICE: This e-mail and any accompanying documents contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this e-mail in error, please reply as such and delete the e-mail.
CONFIDENTIALITY NOTICE: This e-mail and any accompanying documents contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this e-mail in error, please reply as such and delete the e-mail.
CONFIDENTIALITY NOTICE: This e-mail and any accompanying documents contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this e-mail in error, please reply as such and delete the e-mail.

CONFIDENTIALITY NOTICE: This e-mail and any accompanying documents contain confidential information belonging to the sender

which is legally privileged. The information is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this e-mail in error, please reply as such and delete the e-mail.

CONFIDENTIALITY NOTICE: This e-mail and any accompanying documents contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this e-mail in error, please reply as such and delete the e-mail.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.