

John W. Barker *
Gary W. Patterson, Jr. * ●
Jeffrey R. Nichols * ●
Mamie Stathatos-Fulgieri *
Dylan Braverman *
Kiki Chrisomallides * ●
Scott A. Singer *
Gregg D. Weinstock * ●+¤
Adam S. Covitt * +
Megan A. Lawless * ●
Ralph Vincent Morales *

Kevin D. Porter *
Susan Vari *
Brian Andrews *
Jennifer Atchinson * ● Δ
Robert Boccio *
Dawn Bristol *
Gilbert H. Choi *
Joshua R. Cohen *
Tricia M. Criscito *
Brian DiPentima * ●
Charles K. Faillace *
Taryn M. Fitzgerald *

Danielle M. Hansen *
Anna Hock *
Thomas Jaffa *
Gemma Kenney * ●+
Douglas Langholz*
Timothy P. Lewis ¤
Jennifer M. Lobaito * ●
Rosemary E. Martinson * ●
Nicole E. Martone *
Neil Mascolo, Jr. *
Christian McCarthy * ●
Adonaid Medina * ●
Michael Milchan *
Joseph P. Muscarella *
Miles S. Reiner *
Bhalinder L. Rikhye *
Nicole C. Salerno * ●
Matthew Shindell ●Δ
Gonzalo Suarez *
Tammy A. Trees *
Karolina Wiaderna *¤
Arthur I. Yankowitz * +

Allen Alex †
Cielle Avena ●
Zachary Benoit *
Theresa A. Bohm *
Kelly Bronner *
Julia R. Bryant *
Stephen Mario Cardarelli *
Olivia R. Connor ¤
Patrick Duffy †
Raymond Farrell * ●
Jerica Gill *
Lauren P. Ingvoldstad†
Patrick La Rosa *
Robert Lobaito *●
Rachel McGarry * ● Δ
Jocelyn Miller †
Jeremy Moldovan * ● Δ
Alexandra Nieto *
Kayla Nieves * ●
Declan O'Connor †
Gunjan Persaud *
Alesha N. Powell * ●+
Kevin Qu *
Christopher W. Rust * +
Aiden Ryder *
Nicole A. Wolfer * +
Brandon Wong *
Samuel Youssof ●Δ

*Of Counsel*
Danielle M. Barfield ¤
Angela R. Bonica * ●+
Roseann V. Driscoll *
Joseph D. Furlong *
John Katz *
Rani B. Kulkarni *
Daniel O'Connell * ●¤
Seema Palmerson *
Bonnie LS. Parente *
Carolyn Rankin *
Valerie L. Siragusa *
Thomas W. Willis ¤
Alexandra Zerrillo * ●+

\*   Admitted to Practice in NY
●   Admitted to Practice in NJ
+   Admitted to Practice in CT
Δ   Admitted to Practice in PA
¤   Admitted to Practice in FL
†   Admission Pending

June 10, 2026

**<u>VIA PACER</u>**
Honorable Renée Marie Bumb
Chief United States District Judge
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101
Courtroom: 3D

        Re:    *BRENDAN W. BUTLER and SARAH K. BUTLER, h/w v. BROOKS CASS and*
               *KRISTEN CASS, et al. v. ARTISTIC POOLS CORPORATION and*
               *JAMES MACCARIELLA, Jr., PE*
               Case No.: 1:24-cv-07733-RMB-SAK
               BPN File No.: 0487-001

Dear Hon. Bumb:

The undersigned represents Third-Party Defendant/Fourth-Party Plaintiff, ARTISTIC POOLS CORPORATION ("Artistic Pools") in the above-referenced matter which is scheduled for an in-person settlement conference on June 15, 2026.

We respectfully request that the Court permit Artistic Pools' insurance claims representative, who resides in California, to appear remotely for the settlement conference. We further request that the principals of Artistic Pools be excused from attending. Artistic Pools' insurance carrier possesses full settlement authority and is not subject to a consent-to-settle policy. Accordingly, the carrier is authorized to negotiate and resolve the matter on Artistic Pools' behalf. In addition, June is the height of Artistic Pools' business season, and requiring its principals to attend the conference would impose a significant hardship during this particularly demanding period.

Finally, we respectfully seek clarification as to whether the parties are required to have their engineering experts present at the settlement conference on June 15, 2026.

Thank you for Your Honor's time and consideration of these requests.

Respectfully submitted,

*Nicole C. Salerno*

Nicole C. Salerno

NCS/tm
cc:     All counsel of record