John W. Barker *
Gary W. Patterson, Jr. * ●
Jeffrey R. Nichols * ●
Mamie Stathatos-Fulgieri *
Dylan Braverman *
Kiki Chrisomallides * ●
Scott A. Singer *
Gregg D. Weinstock * ●+¤
Adam S. Covitt * +
Megan A. Lawless * ●
Ralph Vincent Morales *

Kevin D. Porter †
Susan Vari *
Brian Andrews *
Jennifer Atchinson * ● Δ
Robert Boccio *
Dawn Bristol *
Gilbert H. Choi *
Joshua R. Cohen *
Tricia M. Criscito *
Brian DiPentima * ●
Charles K. Faillace *
Taryn M. Fitzgerald *

Danielle M. Hansen *
Anna Hock *
Thomas Jaffa *
Gemma Kenney * ●+
Douglas Langholz*
Timothy P. Lewis ¤
Jennifer M. Lobaito * ●
Rosemary E. Martinson * ●
Nicole E. Martone *
Neil Mascolo, Jr. *
Christian McCarthy * ●
Adonaid Medina * ●
Michael Milchan *
Joseph P. Muscarella *
Miles S. Reiner *
Bhalinder L. Rikhye *
Nicole C. Salerno * ●
Matthew Shindell ●Δ
Gonzalo Suarez *
Tammy A. Trees *
Karolina Wiaderna *¤
Arthur I. Yankowitz * +

Allen Alex †
Cielle Avena ●
Zachary Benoit *
Theresa A. Bohm *
Kelly Bronner *
Julia R. Bryant *
Stephen Mario Cardarelli *
Olivia R. Connor ¤
Patrick Duffy †
Raymond Farrell * ●
Jerica Gill *
Lauren P. Ingvoldstad†
Patrick La Rosa *
Robert Lobaito * ●
Rachel McGarry * ● Δ
Jocelyn Miller †
Jeremy Moldovan * ● Δ
Alexandra Nieto *
Kayla Nieves * ●
Declan O'Connor †
Gunjan Persaud *
Alesha N. Powell * ●+
Kevin Qu *
Christopher W. Rust * +
Aiden Ryder *
Nicole A. Wolfer * +
Brandon Wong *
Samuel Youssof ●Δ

Of Counsel
Danielle M. Barfield ¤
Angela R. Bonica * ●+
Roseann V. Driscoll *
Joseph D. Furlong *
John Katz *
Rani B. Kulkarni *
Daniel O'Connell * ●¤
Seema Palmerson *
Bonnie LS. Parente *
Carolyn Rankin *
Valerie L. Siragusa *
Thomas W. Willis ¤
Alexandra Zerrillo * ●+

* Admitted to Practice in NY
● Admitted to Practice in NJ
+ Admitted to Practice in CT
Δ Admitted to Practice in PA
¤ Admitted to Practice in FL
† Admission Pending



**Barker Patterson Nichols**

STATHATOS-FULGIERI, BRAVERMAN, CHRISOMALLIDES, SINGER,
WEINSTOCK, COVITT, LAWLESS, MORALES

June 10, 2026

**VIA PACER**

Honorable Renée Marie Bumb
Honorable Sharon A. King
Chief United States District Judge
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101
Courtroom: 3D

> Re:  *BRENDAN W. BUTLER and SARAH K. BUTLER, h/w v. BROOKS CASS and*
> *KRISTEN CASS, et al. v. ARTISTIC POOLS CORPORATION and*
> *JAMES MACCARIELLA, Jr., PE*
> Case No.: 1:24-cv-07733-RMB-SAK
> BPN File No.: 0487-001

Dear Hon. Bumb and King:

The undersigned represents Third-Party Defendant/Fourth-Party Plaintiff, ARTISTIC POOLS CORPORATION ("Artistic Pools") in the above-referenced matter, which is scheduled for an in-person settlement conference on June 15, 2026.

We write further to our letter filed earlier today. Subsequent to that filing, we received the transcript of the May 22, 2026 engineers' meeting. Based upon our review of the transcript, it appears that one of the global mitigation measures proposed and agreed upon by the engineers includes the removal of trees and roots from the existing swale, as well as additional remediation and maintenance work to the swale itself.

In light of the fact that the proposed global mitigation plan contemplates work affecting the swale, which is jointly owned and/or utilized by adjacent property owners, Artistic Pools respectfully requests that the June 15, 2026 settlement conference be adjourned to permit the joinder of those adjacent property owners as parties to this litigation.

**1200 MacArthur Blvd. • Suite 202 • Mahwah, NJ 07430 • Phone: (201) 292-8450 • Fax: (201) 716-3992**

*Office Locations in* MANHATTAN • WESTCHESTER • NEW JERSEY • CONNECTICUT • PENNSYLVANIA • FLORIDA

We respectfully submit that the proposed global mitigation measures cannot be fully implemented, nor can the parties reach a settlement to cover the costs of said measures, in the absence of those neighboring property owners, as the maintenance, modification, and remediation of the swale directly affect their respective properties and interests. Accordingly, Artistic Pools submits that these adjacent property owners are necessary and indispensable parties pursuant to Rule 19 of the Federal Rules of Civil Procedure.

Thank you for Your Honors' time and consideration of this request.

Respectfully submitted,

*Nicole C. Salerno*

Nicole C. Salerno

NCS/tm
cc:     All counsel of record