# BROWN & CONNERY, LLP

ATTORNEYS AT LAW
360 HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900
FAX (856) 858-4967



William F. Cook, Esq.
*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney*
wcook@brownconnery.com

June 10, 2026

**VIA ECF**
**Honorable Renee M. Bumb, U.S.D.J.**
**Honorable Sharon A. King, U.S.M.J.**
United States District Court, Camden
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Street, Courtroom 3C
Camden, New Jersey 08101

> **Re:    Butler v. Borough of Haddon Heights, et al.**
> District of New Jersey Docket No. 1:24-cv-07733 (RMB/SAK)
> Our File No. 26-0052

Dear Chief Judge Bumb and Judge King:

Our office represents the Borough of Haddon Heights in the above matter. The Borough opposes the request of Third-Party Defendant Artistic Pools to adjourn the June 15, 2026 settlement conference (ECF No. 149). For various reasons that can be addressed at the conference, the joinder of adjacent property owners as new defendants in this case is **_not_** a predicate to any resolution of this case. The process of securing any necessary authorizations to enter the swale does not require making these neighbors parties to this case at this time. It is respectfully requested that this conference remain as scheduled to keep this matter on track to a resolution.

Respectfully submitted,

**BROWN & CONNERY, LLP**

*/s/ William F. Cook*

William F. Cook, Esquire

WFC/
Enclosure
cc:    All Counsel of Record *(via ECF)*

7WX1242