**KREISER**
**& ASSOCIATES P.C.**
**ATTORNEYS AT LAW**

June 11, 2026

**VIA ELECTRONIC FILING**
Honorable Renee Marie Bumb
Chief United States District Judge
District of New Jersey
US Courthouse – Courtroom 3D
4th & Cooper Streets
Camden NJ 08101

  **RE:** **Butler v Cass – Fourth Party Complaint by Artistic Pools v.**
     **Paradise Solar & Electrical – Case No. 24-CV-07733-RMB**

Dear Judge Bumb:

This firm represents the recently joined Fourth Party Defendant, Paradise Solar & Electrical LLC ("Paradise") which was purportedly joined as a defendant by a Fourth Party Complaint filed by Artistic Pools Corp. ("Artistic").

Under separate cover, we filed a Pre-Motion letter advising of our intention to move for dismissal of the Joinder Complaint under Rule 12(b)(6).

As set forth in the Pre-Motion letter, Paradise's involvement in construction of the swimming pool at issue in this action was no more than performing $1,955.00 worth of electrical wiring and connections for the pool pumps and lights. Our client had no involvement in or with the design of the pool, the location of the pool or the construction of any aspect of the pool bearing on the diversion of water at the properties in question.

Under the circumstances, Paradise respectfully requests that Your Honor reconsider the Order with respect to it and allow its principal to participate in the June 15, 2026 settlement conference remotely/by phone. The undersigned counsel will be present in the courtroom to represent Paradise.

Thank you for your kind consideration of this request, as this matter has already exacted a financial burden on our client that far outweighs the value of the work performed on the Project in question.

Respectfully yours,

Travis L. Kreiser

TLK/mmi

1300 Lawrence Road
Havertown, PA 19083
Phone 610.734.2250
Fax 610.734.1449

• • •

One Greentree Centre
10,000 Lincoln Drive East
Suite 201
Marlton, NJ 08053-1536
Phone 856.988.5561