**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BRENDAN W. BUTLER and SARAH K. BUTLER, h/w,<br><br>Plaintiffs<br><br>v.<br><br>WILLIAM McFETRIDGE, DANIEL R. WHITE, DANIEL R. WHITE REALTORS LLC, BOROUGH OF HADDON HEIGHTS, BROOKS CASS and KRISTEN CASS,<br><br>Defendants.<br>--------------------------------------------------------X<br>BROOKS CASS and KRISTEN CASS,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>ARTISTIC POOLS CORPORATION and JAMES MACCARIELLA, Jr., PE,<br><br>Third-Party Defendants.<br>--------------------------------------------------------X<br>ARTISTIC POOLS CORPORATION,<br><br>Second Third-Party Plaintiffs,<br><br>v.<br><br>PARADISE SOLAR AND ELECTRICAL LLC and CENTRAL JERSEY PAVING,<br><br>Second Third-Party Defendants. | CIVIL ACTION<br><br>Case No.: 1:24-cv-07733-RMB-SAK |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO SECOND THIRD-PARTY DEFENDANT, PARADISE SOLAR AND ELECTRICAL LLC ONLY**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for

Third Party Defendant/Second Third-Party Plaintiff, ARTISTIC POOLS CORPORATION, and counsel for Second Third-Party Defendant, PARADISE SOLAR AND ELECTRICAL LLC that the Second-Third Party Claims against PARADISE SOLAR AND ELECTRICAL LLC, shall be and is hereby DISMISSED without prejudice, and without costs and fees.

Nicole Salerno, Esq
Barker Patterson Nichols LLP
*Attorneys for Third-Party Defendants/*
*Second Third-Party Defendants*
*ARTISTIC POOLS CORP.*
1200 MacArthur Blvd., Suite 202
Mahwah, NJ 07430
(201) 292-8450
n.salerno@bpn.law

Travis Kreiser, Esq.
Kreiser & Associates P.C.
*Attorneys for Second Third-Party*
*Defendants*
PARADISE SOLAR AND
ELECTRICAL LLC
One Greentree Centre
10,000 Lincoln Drive East
Suite 201
Marlton, NJ 08053
610-734-2250
travis@kreiserandassociates.com

Dated 06/12/26

Dated 06/12/26