# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| BRENDAN W. BUTLER and SARAH K. BUTLER h/w | : | |
| | : | |
| | : | |
| Plaintiffs | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 24-07733-RMB-SAK |
| | : | |
| WILLIAM MCFETRIDGE, DANIEL R. WHITE, DANIEL R. WHITE REALTORS LLC, BOROUGH OF HADDON HEIGHTS, BROOKS CASS and KRISTEN CASS, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

### STIPULATION OF DISMISSAL AS TO PLAINTIFFS' TORT CLAIMS AGAINST BOROUGH OF HADDON HEIGHTS IN COUNTS I, II AND III OF PLAINTIFFS' AMENDED COMPLAINT

It is hereby stipulated and agreed by and among the parties hereto that Plaintiffs hereby dismiss Counts I, II and III of their Amended Complaint against Defendant Borough of Haddon Heights, only, for negligence, nuisance and trespass, respectively, with prejudice and without costs. It is further stipulated and agreed that this Stipulation shall have no effect on any claims asserted by Plaintiffs in this matter as against Defendants Daniel R. White and Daniel R. White Realtors LLC, William McFetridge, Brooks Cass and Kristen Cass, and shall have no effect on Count IV of Plaintiffs' Amended Complaint against Defendant Borough of Haddon Heights. For sake of clarity, Plaintiffs are not dismissing and do not intend to dismiss Count IV of their Amended Complaint for inverse condemnation against Defendant Borough of Haddon Heights or Counts V through X against the remaining Defendants.

[*Signatures on Following Page*]

1

WEIR LLP
A Pennsylvania Limited Liability Partnership


By:   */s/ Jennifer Hiller Nimeroff*
      Jennifer Hiller Nimeroff, Esquire
      Robert D. Sokolove, Esquire
      *Attorneys for Plaintiffs*


BROWN & CONNERY, LLP


By:   */s/ William F. Cook*
      William F. Cook, Esquire
      Joseph T. Carney, Esquire
      Brianna Morello, Esquire
      *Attorneys for Defendant Borough of
      Haddon Heights*


FARBER BROCKS & ZANE LLP


By:   */s/ David J. Bloch*
      David J. Bloch, Esquire
      *Attorneys for Defendants Brooks Cass
      and Kristen Cass*

MARSHALL DENNEHEY


By:   */s/ Tracy L. Burnley*
      Tracy L. Burnley, Esquire
      *Attorneys for Defendants Daniel R.
      White and Daniel R. White Realtors,
      LLC*


By:   */s/ William McFetridge*
      Willaim McFetridge, *pro se*


BARKER PATTERSON NICHOLS LLP


By:   */s/ Nicole C. Salerno*
      Nichole C. Salerno, Esquire
      *Attorneys for Third-Party Defendant
      Artistic Pools Corporation*


**SO ORDERED,** this ____ day of _____, 2026.


BY THE COURT:


_____
Hon. Renee Marie Bumb, Chief Judge

2