

LAW OFFICES

# WEIR LLP

A Pennsylvania Limited Liability Partnership

1300 Route 73, Suite 314
Mount Laurel, New Jersey 08054
WEIRLAWLLP.COM

Robert D. Sokolove                                                    Direct Dial (215) 241-7706
Member of DC, MD, NJ, and PA Bars                         E-mail: rsokolove@weirlawllp.com

July 6, 2026

***Via CM/ECF and Email***
United States Magistrate Judge Sharon A. King
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

> **Re:    Brendan W. Butler, et al. v. Borough of Haddon Heights, et al.**
> **Case No. 1:24-cv-07733**

Dear Judge King:

Pursuant to the Court's previous Order, we have been instructed to provide a settlement status letter to you today in anticipation of the scheduled settlement conference tomorrow. Two issues have arisen in the interim which at least the attorneys for the Butler Plaintiffs and the Cass Defendants believe requires a short extension of time for the settlement conference to occur.

First, we attach an email received this morning at 7:16a.m. from Attorney Bloch regarding the matter at hand as well as the fact that he is presently now on vacation. But from a more substantive point, the parties engaged in a joint site visit on Thursday, July 2, 2026, and we just received the results of that visit. The visit/meeting occurred between a surveying expert on behalf of the Butlers and Marc Krichilsky, engineer on behalf of the Cass Defendants. Importantly, both parties' experts agreed that there are various components of the Cass property which are an incursion into the easement which is at issue in this case. The full extent of this incursion does not any longer appear to be an issue; the full impact of how this incursion is blocking the drainage of the water may still be somewhat of a matter of discussion. However, coming up with an agreed upon plan as to how much of the Cass incursion needs to be removed for settlement purposes is something we need to discuss before a final settlement can be reached in this matter.

In light of these newly agreed-to onsite determinations, and Mr. Bloch's vacation schedule, we respectfully request a short delay in holding the settlement conference so that the parties can reach full agreement on what needs to be done at the site to eliminate the flooding which is occurring.

PENNSYLVANIA    ∞    NEW JERSEY    ∞    DELAWARE    ∞    NEW YORK

United States Magistrate Judge Sharon A. King
July 6, 2026
Page 2

I do strongly believe that given the technical agreement reached regarding the incursion into the easement, the parties will be able to agree on an approach to resolving the issue, which hopefully can lead to a full and final settlement in this matter.  We will therefore await the Court's direction with respect to how to proceed on a going-forward basis.

On behalf of the Plaintiffs and the Casses, we appreciate the Court's consideration of the request to push forward the settlement discussions/conference presently scheduled for tomorrow.

Respectfully submitted,

Robert D. Sokolove

RS/lmo
cc:      All Counsel of Record (*via* CM/ECF)

| | |
|---|---|
| **From:** | David Bloch |
| **To:** | Hiller-Nimeroff, Jennifer; Sokolove, Robert |
| **Subject:** | [EXTERNAL] Butler conference |
| **Date:** | Monday, July 6, 2026 7:16:43 AM |

**This Message originated outside your organization.**

Bob/jennifer - we have the conference tomorrow at 2.  I was in touch with Marc on Thursday and he was meeting with a surveyor that day and was hoping to speak with your engineer today (Monday). I don't know if that will happen or not or if there will be time to agree to a plan of action.  Does it make sense to advise the court as to where we are?  I'm actually out of the office on vacation but will be available for the call tomorrow but if you agree, it would be easiest if you could submit something to the court for a short extension.  I know the Casses are going to be out of the country starting, I believe, 7/13.

Dave
Get Outlook for iOS