UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN Proceeding Date: August 24, 2026

MAGISTRATE JUDGE SHARON A. KING

Court Reporter: Recorded

Title of Case: Docket: Civil 24-7733(RMB/SAK)
BUTLER
VS
BORO OF HADDON HEIGHTS, ET AL

Appearances:
Robert Sokolove & Jennifer Hiller-Nimeroff, Esq. for plaintiff
Joseph Carney & Bianna Morello Esqs. for deft. Boro of Haddon Heights
Raymond Michaud, Esq. for deft. Daniel White Realtor
William McFetridge, Pro Se deft.
Nicole Salerno, Esq. for deft. Artistic Pools

Nature of Proceedings: STATUS CONFERENCE
(ON THE RECORD VIA TEAMS)

Text Order to be entered.
.

Time Commenced: 2:00 pm Time Adjourned: 2:20 pm Total Time: 20 Minutes

s/ Marnie Maccariella
DEPUTY CLERK

Cc: Chambers