FARBER BROCKS & ZANE L.L.P.
ATTORNEYS AT LAW
226 ST. PAUL STREET · WESTFIELD, NEW JERSEY 07090
TEL. (908) 789-0507 · FAX (516) 739-5103
www.fbzlaw.com

DAVID J. BLOCH
OF COUNSEL
dbloch@fbzlaw.com

○ NEW YORK
○ NEW JERSEY
○ CONNECTICUT
○ FLORIDA

(REPLY TO GARDEN CITY, NY ONLY)

September 11, 2026

**Via E-File**
The Honorable Sharon A. King
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

Re: *Butler, et. al. v. Borough of Haddon Heights, et. al.*
Civil Action No. : 1:24-cv-07733-RMB-SAK
Our File No. : 662-14499

Dear Magistrate Judge King:

We represent defendants/third-party plaintiffs Brooks Cass and Kristen Cass (collectively "Cass") in connection with the above action, which is scheduled for a hearing on Wednesday, September 16, 2026.

Since our last appearance, we have diligently proceeded to satisfy all parties and bring this matter to conclusion.[1] This has involved discussions with the Borough's counsel to determine what the Borough requires to approve the work. The Borough approval, of course, directly impacts upon design costs. We received information from the Borough this week as to what is required. Additionally, as it relates to the scope of work on the Cass property, the undersigned has engaged in discussions with a contractor, who initially required some additional design information (which was obtained and provided) and involves a site visit which is scheduled to occur on Monday, September 14th. As Your Honor can appreciate, the schedule and availability of the Borough, the contractor, engineers, and attorneys was difficult to coordinate in August due to vacation schedules and unavailability but we remain on track to obtain the necessary information to formulate the costs that will be involved which will then require discussions as to the payment of those costs.

[1] The scope of work and which party should pay for same is not agreed to at this point and this submission is to advise the Court as to the progress being made and should not be considered an admission as to the obligation of any of the parties nor any waiver of any claims relating to the settlement in principal reached before Your Honor.

Accordingly, we request that conference scheduled for next week be adjourned. We believe that all counsel is willing to proceed in good faith and, if Your Honor is amenable, we can contact the Court when the case is ready to proceed to the final steps.

Thank you for your consideration.

Respectfully,

s/David J. Bloch

David J. Bloch

DJB:jh