FARBER BROCKS & ZANE L.L.P.
ATTORNEYS AT LAW
226 ST. PAUL STREET · WESTFIELD, NEW JERSEY 07090
TEL. (908) 789-0507 · FAX (516) 739-5103
www.fbzlaw.com

DAVID J. BLOCH
OF COUNSEL
dbloch@fbzlaw.com

○ NEW YORK
○ NEW JERSEY
○ CONNECTICUT
○ FLORIDA

(REPLY TO GARDEN CITY, NY ONLY)

October 1, 2026

**Via E-File**
The Honorable Sharon A. King
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

Re: *Butler, et. al. v. Borough of Haddon Heights, et. al.*
Civil Action No. : 1:24-cv-07733-RMB-SAK
Our File No. : 662-14499

Dear Magistrate Judge King:

We represent defendants/third-party plaintiffs Brooks Cass and Kristen Cass (collectively "Cass") in connection with the above action. We write, as per the Court's Order, to provide an update.

Since our last appearance, we continue to work with a contractor to provide a scope of work and a proposal for the work to be performed, pursuant to the engineering plans. The contractor has been on site and has conferred with the engineer to obtain clarification of the work to be performed. The contractor is in the process of preparing a proposal which we anticipate receiving shortly.

We continue to believe that all counsel is proceeding in good faith.

Thank you for your consideration.

Respectfully,

s/David J. Bloch

David J. Bloch

DJB:jh

cc: All counsel of record