FARBER BROCKS & ZANE L.L.P.
ATTORNEYS AT LAW
226 ST. PAUL STREET · WESTFIELD, NEW JERSEY 07090
TEL. (908) 789-0507 · FAX (516) 739-5103
www.fbzlaw.com

DAVID J. BLOCH
OF COUNSEL
dbloch@fbzlaw.com

○ NEW YORK
○ NEW JERSEY
○ CONNECTICUT
○ FLORIDA

(REPLY TO GARDEN CITY, NY ONLY)

November 6, 2026

**Via E-File**
The Honorable Sharon A. King
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

Re: *Butler, et. al. v. Borough of Haddon Heights, et. al.*
Civil Action No. : 1:24-cv-07733-RMB-SAK
Our File No. : 662-14499

Dear Magistrate Judge King:

We represent defendants/third-party plaintiffs Brooks Cass and Kristen Cass (collectively "Cass") in connection with the above action. We write, as per the Court's Order, to provide an update.

Since our last update, we obtained estimates from a contractor and from the engineer to perform work and to obtain approvals from the Borough. The undersigned, in an effort to get this matter across the finish line, has engaged in discussions with Plaintiff's counsel regarding these costs. Although we submit that Plaintiff should pay the costs out of the settlement proceeds, in order to get this matter finally resolved, my client and carrier are willing to consider contributing additional funds and/or pay some of the costs. However, we need a commitment from Plaintiff, which, based on our communications, seems achievable. We must note that Plaintiff has now raised another issue regarding re-orienting certain pipes on the Cass property that purport to divert rain water onto the Butler property. It is not clear what this refers to and we have asked counsel to provide design clarification and we await a response.

Finally, while we understand that the other defendants will be asking the Court to schedule a time to place the agreed-to settlement on the record, and we share the frustration of counsel, it should be noted that there are cross-claims asserted and that, while the undersigned and its client has been willing to see this matter to final conclusion, by no means does this resolve all issues

amongst all parties. We remain willing to do whatever can be reasonably done to have this case fairly and reasonably resolved as quickly as possible.

Thank you for your consideration.

Respectfully,

s/David J. Bloch

David J. Bloch

DJB:jh

cc: All counsel of record